**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fairway America, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1522327** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **PO Box 23099** **Tigard, OR 97281** Number, Street, City, State & ZIP Code | **PO Box 23099** **Tigard, OR 97281** P.O. Box, Number, Street, City, State & ZIP Code |
| **Washington** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.fairwayamerica.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Fairway America, LLC**                                    Case number (*if known*)
   Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5259**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor    **Fairway America, LLC**                                        Case number (*if known*) _____
     Name

List all cases. If more than 1,
attach a separate list          Debtor    **Fairway America Management Group II, LLC**    Relationship    **Affiliate**

               District    **District of Oregon**    When    **7/08/26**    Case number, if known    Pending

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Fairway America, LLC**
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **7/08/2026**
MM / DD / YYYY

**X /s/ Matthew W. Burk**
Signature of authorized representative of debtor

**Matthew W. Burk**
Printed name

Title   **President of Manager**

**18. Signature of attorney**

**X /s/ Douglas R. Ricks**
Signature of attorney for debtor

Date   **7/08/2026**
MM / DD / YYYY

**Douglas R. Ricks**
Printed name

**Sussman Shank LLP**
Firm name

**1000 SW Broadway
Suite 1400
Portland, OR 97205**
Number, Street, City, State & ZIP Code

Contact phone   **503-227-1111**      Email address   **dricks@sussmanshank.com**

**044026 OR**
Bar number and State

Fill in this information to identify the case:

Debtor name   **Fairway America, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF OREGON**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Tempo Opportunity Fund LLC Attn: Mikhail Zlotnik 2167 East 21st Street #222 Brooklyn, NY 11229** | **Mike Zlotnik** mike@tempofunding.com 321-207-6027 | **Secured Promissory Note** | **Disputed** | $600,650.50 | $0.00 | $600,650.50 |
| **Mathew Capital Management Company c/o Tyler J. Bellis, Esq. McEwen Gisvold LLP 1100 SW 6th Ave, Ste 1600 Portland, OR 97204** | **Tyler Bellis** tylerb@mcewengisvold.com 503-412-3502 | **Secured Promissory Note** | **Disputed** | $588,184.74 | $0.00 | $588,184.74 |
| **The Rood Family Trust Attn: Gary Rood 7600 Northeast 41st Street Suite 330 Vancouver, WA 98662** | **Gary Rood** grood@roodinvestments.com | **Secured Promissory Note** | **Disputed** | $300,325.25 | $0.00 | $300,325.25 |
| **The Robert MacLellan Marital Trust Attn: Gay K. MacLellan, Trustee PO Box 61467 Vancouver, WA 98666** | **Gay MacLellan** gay@gaymac.net | **Secured Promissory Note** | **Disputed** | $240,260.20 | $0.00 | $240,260.20 |
| **Tempo Opportunity Fund LLC Attn: Mikhail Zlotnik 2167 East 21st Street #222 Brooklyn, NY 11229** | **Mike Zlotnik** mike@tempofunding.com 321-207-6027 | **Secured Promissory Note** | **Disputed** | $235,273.90 | $0.00 | $235,273.90 |

| Debtor | **Fairway America, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mathew Capital Management Company c/o Tyler J. Bellis, Esq. McEwen Gisvold LLP 1100 SW 6th Ave, Ste 1600 Portland, OR 97204** | **Tyler J. Bellis, Esq. tylerb@mcewengisvold.com 503-412-3502** | **Secured Promissory Note** | **Disputed** | **$600,650.50** | **$5,210,440.52** | **$157,163.47** |
| **Mathew Capital Management Company c/o Tyler J. Bellis, Esq. McEwen Gisvold LLP 1100 SW 6th Ave, Ste 1600 Portland, OR 97204** | **Tyler J. Bellis, Esq. tylerb@mcewengisvold.com 503-412-3502** | **Secured Promissory Note** | **Disputed** | **$588,184.74** | **$5,210,440.52** | **$153,901.74** |
| **Mary Jacobs 585 SE Andover Place Portland, OR 97202** | **Mary Jacobs brentj@jacobsheating.com** | **Secured Promissory Note** | **Disputed** | **$150,162.62** | **$0.00** | **$150,162.62** |
| **Douglas Woodcock 16700 Greenbrier Rd Lake Oswego, OR 97034** | **Douglas Woodcock dawoodcock@comcast.net** | **Secured Promissory Note** | **Disputed** | **$122,623.25** | **$0.00** | **$122,623.25** |
| **Camino del Norte Investments LLC Attn: Bill Skalak 1619 East El Camino Drive Phoenix, AZ 85020** | **Bill Skalak bskalak@msn.com** | **Secured Promissory Note** | **Disputed** | **$120,130.10** | **$0.00** | **$120,130.10** |
| **Quest Trust Company FBO Caroline Hunt IR Attn: Caroline Hunt 9649 S. Via Vaquero Hereford, AZ 85615** | **Caroline Hunt cphhunt@yahoo.com** | **Secured Promissory Note** | **Disputed** | **$120,130.10** | **$0.00** | **$120,130.10** |
| **Inspira Financial Trust LLC FBO Bryan La Attn: Bryan LaGree 12633 Pawnee Ln Leawood, KS 66209** | **Bryan LaGree blagree@swbell.net** | **Secured Promissory Note** | **Disputed** | **$120,130.10** | **$0.00** | **$120,130.10** |
| **Catalina Capital LLC Attn: Terrance Bican 7660 325th Ave NW Princeton, MN 55371** | **Terry Bican terry.bican@gmail.com** | **Secured Promissory Note** | **Disputed** | **$120,130.10** | **$0.00** | **$120,130.10** |

Debtor  **Fairway America, LLC**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quest Trust Company FBO Joel K. Lowman I Attn: Joel Lowman 25586 Little Springs Rd Calhan, CO 80808** | **Joel Lowman** **joelk74@msn.com** | **Secured Promissory Note** | **Disputed** | **$117,636.95** | **$0.00** | **$117,636.95** |
| **Cielo Property Investments, LLC Attn: Robert Bedford 751 Las Cruces Ct Goleta, CA 93117** | **Robert Bedford** **cnrbedford@cox.net** | **Secured Promissory Note** | **Disputed** | **$117,636.95** | **$0.00** | **$117,636.95** |
| **NDTCO FBO Mikhail Zlotnik ROTH IRA Attn: Mikhail Zlotnik 2015 Avenue M Brooklyn, NY 11210** | **Mike Zlotnik** **mike@tempofunding.com** **321-207-6027** | **Secured Promissory Note** | **Disputed** | **$108,117.09** | **$0.00** | **$108,117.09** |
| **John Wilson 910 N 31st St Renton, WA 98056** | **jfwilson13@gmail.com** | **See Attached Continuation Sheet** | **Disputed** | **$96,637.51** | **$0.00** | **$96,637.51** |
| **Quest Trust Company FBO Carrie Holland B Attn: Carrie Holland-Barnett 706 Picadilly St Bentonville, AZ 72712** | **barnettcarriel@gmail.com** | **See Attached Continuation Sheet** | **Disputed** | **$93,404.08** | **$0.00** | **$93,404.08** |
| **Harry Aldrich 8880 SW Rosewood Way Portland, OR 97225** | **harryald@aol.com** | **See Attached Continuation Sheet** | **Disputed** | **$90,097.57** | **$0.00** | **$90,097.57** |
| **NDTCO FBO Mikhail Zlotnik SEP IRA Attn: Mikhail Zlotnik 2015 Avenue M Brooklyn, NY 11210** | **mike@tempofunding.com** | **See Attached Continuation Sheet** | **Disputed** | **$84,091.07** | **$0.00** | **$84,091.07** |

**Fill in this information to identify the case:**

Debtor name    **Fairway America, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................   $   **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................   $   **5,521,505.73**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................   $   **5,521,505.73**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **11,749,988.55**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   **23,865.10**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **35,107.58**

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                                                                                                           $   **11,808,961.23**

**Fill in this information to identify the case:**

Debtor name   **Fairway America, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **BMO - Clearing account used to intercept funds and then transfer to the respective accounts for Fairway operating, FAMG II, FAMG II, FAMG IV, Client Trust, Syndication, Trust** | **Checking** | **8287** | **$0.00** |
| 3.2. **BMO - Operating account used to settle Fairway America's cash inflows and operating expenses** | **Checking** | **8261** | **$8,865.39** |
| 3.3. **BMO - account is used to for Loan Servicing only** | **Checking** | **8279** | **$960.42** |
| 3.4. **BMO - Trust account is used to for receiving and distributing funds for distributions. The balance on the account are for funds held in trust for entities which have estimated liabilities for taxes, tax prep, other expenses directly related to the entity prior to dissolution.** | **Checking** | **3337** | **$122,825.89** |

4.      **Other cash equivalents** *(Identify all)*

| Debtor | **Fairway America, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$132,651.70

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    **Security Deposit for office lease with Pacific Realty Associates LP (held from Sublease with Verivest LLC)**    $16,569.00

7.2.    **Security Deposit for office Sublease with Verivest LLC**    $18,565.75

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.    Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$35,134.75

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:    173,635.65    -    0.00    = ....    $173,635.65
                             face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    2,102,891.89    -    0.00    =....    $2,102,891.89
                          face amount          doubtful or uncollectible accounts

**12.    Total of Part 3.**    $2,276,527.54

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.    Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

Debtor  **Fairway America, LLC**                                    Case number *(If known)* _____
                Name

Name of entity:                                            % of ownership

15.1.  **See Attached list** _____    _____ %    _____    **Unknown**

_____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

17.  **Total of Part 4.**                                                         | **$0.00** |

     Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture - Desks (3), office chairs (3), (large filing cabinets (2)** | **$0.00** | | **$0.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Printer/Copier (leased); Dell Monitors (4), Laptops (4) and Dell docks (2)** | **$0.00** | | **$0.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**                                                        | **$0.00** |

     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Debtor **Fairway America, LLC**　　　　　　　　　　　Case number *(If known)* _____
　　　　　Name

■ No
☐ Yes

**Part 8:　　Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　■ No. Go to Part 9.
　☐ Yes Fill in the information below.

**Part 9:　　Real property**

54. **Does the debtor own or lease any real property?**

　■ No. Go to Part 10.
　☐ Yes Fill in the information below.

**Part 10:　　Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　☐ No. Go to Part 11.
　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| FairwayAmerica.com | **$0.00** | | **$1,950.00** |
| Fairwayamericainvestments.com | **$0.00** | | **$0.00** |
| fairwaycapitalmarkets.com | **$0.00** | | **$0.00** |
| Fairwaymarketplace.com | **$0.00** | | **$217.00** |
| Fundsomm.co | **$0.00** | | **$0.00** |
| Fundsomm.com | **$0.00** | | **$0.00** |
| Fundsommelier.com | **$0.00** | | **$0.00** |
| Matthewburke.com | **$0.00** | | **$823.00** |
| Reportsfairwayamerica.com | **$0.00** | | **$464.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

Official Form 206A/B　　　　　　Schedule A/B Assets - Real and Personal Property　　　　　　page 4

Debtor   **Fairway America, LLC**                                          Case number *(If known)* _____
_____
         Name

65.   **Goodwill**

66.   **Total of Part 10.**                                                           | $3,454.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☐ No
      ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.

    ■ Yes Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

| | Total face amount | doubtful or uncollectible amount | | |
|---|---|---|---|---|
| **Line of Credit - Verivest LLC** | 2,326,964.61 | - 0.00 | = | $2,326,964.61 |
| **Note - Verivest LLC** | 246,773.13 | - 0.00 | = | $246,773.13 |
| **Convertible Note - Verivest LLC** | 500,000.00 | - 0.00 | = | $500,000.00 |

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      **Term Life Policy on Northwestern Mutual  Policy ending 6797 on Matthew Burk; Death Benefit $3,000,000**                                        $0.00

      **Principal Life Insurance Policy ending 4312; 10 year term on Jay Zollinger; face amount $2,300,000.00**                                        $0.00

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

Debtor **Fairway America, LLC**  Case number *(If known)* _____
     Name

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | $3,073,737.74 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **Fairway America, LLC**                                   Case number *(If known)* _____
         Name

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $132,651.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $35,134.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,276,527.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,454.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,073,737.74 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,521,505.73 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,521,505.73 |

SCHEDULE A/B - Question 15.1

| ENTITY | FEDERAL ID | OWNERSHIP |
|---|---|---|
| 350 CANAL LAND JV LLC | 87-3887068 | 20% |
| 9 ON CANAL PROMOTE LLC | 86-3498128 | 20% |
| A62 APTS PROMOTE LLC | 87-2857878 | 20% |
| ALCHEMY CAPITAL MANAGEMENT | 93-2508489 | 15% |
| BUTLER DRIVE SPE MANAGER, LLC | 85-3607124 | 6% |
| COR3 SALT CREEK VENTURES MANAGER, LLC | 88-2997821 | |
| COR3 SYDNEY PARK VENTURES MANAGER, LLC | 87-3223625 | |
| CORE ATLANTIC MANAGER LLC | 61-1900069 | 30% |
| CROSSWAYS SPE MANAGER LLC | 86-3363344 | |
| FAIRWAY AMERICA MANAGEMENT GROUP II, LLC | 47-1229181 | 70% |
| FAIRWAY AMERICA MANAGEMENT GROUP III, LLC | 83-3459788 | 85% |
| FAIRWAY VIVO GP FUND LLC | 85-4219320 | 4% |
| FAIRWAY BAMBOO GP FUND, LLC | 87-1671239 | |
| FORESTVIEW PROMOTE LLC | 88-1845852 | 10% |
| FOUNTAIN PARC PROMOTE LLC | 86-3587101 | 20% |
| LORAIN AVENUE MANAGER LLC | 82-5345978 | |
| MAPLEBROOK PROMOTE, LLC | 87-3307498 | 20% |
| RIVERCHASE SPE LLC | 88-1281241 | 100% |
| RIVERCHASE SPE MANAGER, LLC | 88-1402320 | 29% |
| RIVERVIEW PROMOTE APTS LLC | 88-1391260 | 10% |
| RYCORE BELLAIRE MOB MANAGER, LLC | 86-2204777 | |
| SACRAMENTO WATT MANAGER | 83-1547705 | 4% |
| SBRE XIII LLC C/O FAIRWAY AMERICA, LLC | 83-1341990 | 4% |
| SBRE XIV LLC | 83-1300619 | 7% |
| SBRE II, LLC | 82-1741000 | |
| SOUTHGATE EUREKA MANAGER | 83-1341824 | |
| SPANISH COVE PROMOTE, LLC | 87-4770568 | 20% |
| TEAL RUN SPE MANAGER, LLC | 87-2382240 | |
| TROY PLACE PROMOTE LLC | 88-2141236 | 10% |
| VERIVEST LLC | 81-4644049 | 76% |
| VIVO LIVING BALTIMORE LLC | 87-4658974 | 33% |

**Fill in this information to identify the case:**

Debtor name    **Fairway America, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Amanda Jacobs** Creditor's Name **585 SE Andover Pl Portland, OR 97202** Creditor's mailing address **amanda.m.jacobs@hotmail .com** Creditor's email address, if known **Date debt was incurred** **Last 4 digits of account number 6765** **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** **See Attached Continuation Sheet** _____ **Describe the lien** **Secured Promissory Note** **Is the creditor an insider or related party?** ■ No ☐ Yes **Is anyone else liable on this claim?** ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ■ Disputed | $60,065.05 | $0.00 |
| **2.2 Anil and Anne Fernando Revocable Trust u** Creditor's Name **Attn: Anil N.K. Fernando 18240 Meadowlark Lane Lake Oswego, OR 97034** Creditor's mailing address **jumbo.anne@gmail.com** Creditor's email address, if known **Date debt was incurred** **Last 4 digits of account number 9536** **Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien** **See Attached Continuation Sheet** _____ **Describe the lien** **Secured Promissory Note** **Is the creditor an insider or related party?** ■ No ☐ Yes **Is anyone else liable on this claim?** ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) **As of the petition filing date, the claim is:** Check all that apply | $238,328.68 | $5,521,505.73 |

Debtor  **Fairway America, LLC**
Name

Case number (if known) _____

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Blake Hering** | **Describe debtor's property that is subject to a lien** | **$71,498.60** | **$5,521,505.73** |
|-----|------------------|---------------------------------------------------------|----------------|-------------------|

Creditor's Name

**Attn: Blake Hering**
**2035 NW Village Cir**
**Portland, OR 97229**
Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

**bhering@gantryinc.com**
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7272**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Disputed

---

| 2.4 | **Blum Commercial Properties LLC** | **Describe debtor's property that is subject to a lien** | **$621,397.70** | **$5,521,505.73** |
|-----|-----------------------------------|---------------------------------------------------------|-----------------|-------------------|

Creditor's Name

**Attn: Jeffrey Blum**
**56 Soaring Bird Ct**
**Las Vegas, NV 89135**
Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

**jeffrey@blumcrew.com**
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5177**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Disputed

---

| 2.5 | **Bruce and Lisa Wiseman Family Revocable** | **Describe debtor's property that is subject to a lien** | **$178,746.51** | **$5,521,505.73** |
|-----|---------------------------------------------|---------------------------------------------------------|-------------------|-------------------|

Creditor's Name

**Attn: Bruce Wiseman**
**3221 Stonecrop Ln**
**Bellingham, WA 98226**
Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

---

| Debtor | **Fairway America, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**BRUCEWISEMAN@BDRCO
.COM**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
8483**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **Camino del Norte Investments LLC** | **Describe debtor's property that is subject to a lien**<br>**See Attached Continuation Sheet** | **$120,130.10** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Bill Skalak
1619 East El Camino Drive
Phoenix, AZ 85020**

Creditor's mailing address

**bskalak@msn.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6605**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe the lien**

**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **Catalina Capital LLC** | **Describe debtor's property that is subject to a lien**<br>**See Attached Continuation Sheet** | **$120,130.10** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Terrance Bican
7660 325th Ave NW
Princeton, MN 55371**

Creditor's mailing address

**terry.bican@gmail.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
3545**

**Do multiple creditors have an
interest in the same property?**

**Describe the lien**

**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Fairway America, LLC**
_____                    Case number (if known) _____
        Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

_____

| 2.8 | **Cielo Property Investments, LLC** | **Describe debtor's property that is subject to a lien** | $117,636.95 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Robert Bedford
751 Las Cruces Ct
Goleta, CA 93117**

Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**cnrbedford@cox.net**

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5922**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.9 | **David Edward Cummins Living Trust dated** | **Describe debtor's property that is subject to a lien** | $58,818.47 | $5,521,505.73 |
|---|---|---|---|---|

Creditor's Name

**Attn: David Cummins
2628 Worden St Unit 140
San Diego, CA 92110**

Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**starsailor111@yahoo.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4628**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.10 | **David Minten** | **Describe debtor's property that is subject to a lien** | $238,328.68 | $5,521,505.73 |
|---|---|---|---|---|

Creditor's Name

**9550 Blue Spruce Dr
Lakeland, TN 38002**

Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**

---

Debtor **Fairway America, LLC**
Name

Case number (if known) _____

**Secured Promissory Note**

**dwminten@gmail.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1873**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.11 | **David Minten** | **Describe debtor's property that is subject to a lien** | **$536,239.52** | **$5,521,505.73** |
|---|---|---|---|---|

Creditor's Name

**9550 Blue Spruce Dr**
**Lakeland, TN 38002**

Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

**dwminten@gmail.com**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1873**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.12 | **Douglas Woodcock** | **Describe debtor's property that is subject to a lien** | **$122,623.25** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**16700 Greenbrier Rd**
**Lake Oswego, OR 97034**

Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

**dawoodcock@comcast.net**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5194**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Fairway America, LLC**
_____
Name                                                              Case number (if known) _____

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.13 | **Elliott FBG Group** | |
|---|---|---|

**Elliott FBG Group**
Creditor's Name
**Attn: David Watt**
**1958 W Gray St 1410**
**Houston, TX 77019**
Creditor's mailing address

**dwatt999@gmail.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 5563**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**
_____

**Describe the lien**
**Secured Promissory Note**
_____
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

$117,636.95      $5,521,505.73

---

| 2.14 | **Forge Trust Co. CFBO: Brien Ralph Woodso** | |
|---|---|---|

**Forge Trust Co. CFBO: Brien Ralph Woodso**
Creditor's Name
**Attn: Cathy Woodson**
**1461 County Rd 3412**
**Chandler, TX 75758-7696**
Creditor's mailing address

**woodson.cathy@gmail.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 6698**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**
_____

**Describe the lien**
**Secured Promissory Note**
_____
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

$58,818.47      $0.00

---

| 2.15 | **Gary J. Rood and Christine C. Rood, Trus** | |
|---|---|---|

**Gary J. Rood and Christine C. Rood, Trus**
Creditor's Name
**Attn: Gary Rood**
**7600 Northeast 41st Street**
**Unit 330**
**Vancouver, WA 98662**

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**
_____

$588,184.74      $5,521,505.73

---

Debtor **Fairway America, LLC**
Name

Case number (if known)

**Creditor's mailing address**

**Describe the lien**
**Secured Promissory Note**

grood@roodinvestments.com

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3356**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

**2.16**

**Gayle A. Harris**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

$117,636.95 | $5,521,505.73

**1930 S River Dr Unit 406**
**Portland, OR 97201**
Creditor's mailing address

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

gayle.harris@nor-air.com
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8202**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

**2.17**

**Harry Aldrich**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

$90,097.57 | $0.00

**8880 SW Rosewood Way**
**Portland, OR 97225**
Creditor's mailing address

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

☐ No

■ Yes

harryald@aol.com
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1301**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Fairway America, LLC**

Name

Case number (if known)

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.18 | | | | |
|---|---|---|---|---|

**Harry Aldrich**

Creditor's Name

**8880 SW Rosewood Way Portland, OR 97225**

Creditor's mailing address

**harryald@aol.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 1301**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$60,065.05**      **$0.00**

---

| 2.19 | | | | |
|---|---|---|---|---|

**Hellertown Management Group, LLC 401K PS**

Creditor's Name

**Attn: Ann Morrissey 1752 Wyndham Terrace Bethlehem, PA 18015**

Creditor's mailing address

**annhun@mac.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 9076**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$35,026.53**      **$0.00**

---

| 2.20 | | | | |
|---|---|---|---|---|

**Heritage Capital USA, Inc.**

Creditor's Name

**Attn: Ryan Parson 1338 Grand Ave #314 Glenwood Springs, CO 81601**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**

**$58,863.75**      **$0.00**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 8 of 27

Debtor    **Fairway America, LLC**
Name

Case number (if known)

ryan@heritagecapitalusa.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8914**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Assigned Secured Promissory Notes**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.21 | **Inspira Financial Trust LLC FBO Bryan La** | | $120,130.10 | $0.00 |

Creditor's Name

**Attn: Bryan LaGree**
**12633 Pawnee Ln**
**Leawood, KS 66209**
Creditor's mailing address

blagree@swbell.net

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2526**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.22 | **Jay Zollinger** | | $183,214.66 | $0.00 |

Creditor's Name

**127 Steep Mountain Dr**
**Draper, UT 84020**
Creditor's mailing address

jay@outsidegcservices.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9378**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

☐ No

■ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Fairway America, LLC**                                    Case number (if known) _____
_____
Name

☐ No                          ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ■ Disputed
priority.

_____

---

| 2.2 3 | **JMRM, LLC** | **Describe debtor's property that is subject to a lien** | **$58,377.55** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Amanda Murray**
**1920 Midland Ave**
**Glenwood Springs, CO**
**81601**

Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**

**mandycarlson@gmail.com**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2746**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
■ Disputed

---

| 2.2 4 | **John Wilson** | **Describe debtor's property that is subject to a lien** | **$96,637.51** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**910 N 31st St**
**Renton, WA 98056**

Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**
☐ No

**jfwilson13@gmail.com**

Creditor's email address, if known

■ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0245**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
■ Disputed

---

| 2.2 5 | **Joseph and Rosalie Gehlen Family Trust** | **Describe debtor's property that is subject to a lien** | **$89,373.25** | **$5,521,505.73** |
|---|---|---|---|---|

Creditor's Name

**Attn: Joseph Gehlen**
**15612 NW 16th Ave**
**Vancouver, WA 98685**

Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**

---

Debtor   **Fairway America, LLC**                                    Case number (if known)  _____
         _____
         Name

**Secured Promissory Note**
_____

**joeg@kramer-gehlen.com**                    **Is the creditor an insider or related party?**
_____        ■ No
Creditor's email address, if known                □ Yes
                                                  **Is anyone else liable on this claim?**
**Date debt was incurred**                        ■ No
                                                  □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8977**
**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply
■ No                                              □ Contingent
□ Yes. Specify each creditor,                     □ Unliquidated
including this creditor and its relative           ■ Disputed
priority.

---

| 2.2 6 | **Justin Dorn** | **Describe debtor's property that is subject to a lien** | **$117,636.95** | **$5,521,505.73** |

**Justin Dorn**                              **Describe debtor's property that is subject to a lien**
_____            **See Attached Continuation Sheet**
Creditor's Name

**4500 Robbie Rd**
**Juneau, AK 99801-9546**
_____
Creditor's mailing address                   **Describe the lien**
                                             **Secured Promissory Note**
                                             **Is the creditor an insider or related party?**
**dornjustin@hotmail.com**                    ■ No
_____            □ Yes
Creditor's email address, if known           **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No
                                             □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2208**
**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          □ Contingent
□ Yes. Specify each creditor,                 □ Unliquidated
including this creditor and its relative       ■ Disputed
priority.

---

| 2.2 7 | **Katherine Taylor** | **Describe debtor's property that is subject to a lien** | **$17,645.54** | **$5,521,505.73** |

**Katherine Taylor**                         **Describe debtor's property that is subject to a lien**
_____            **See Attached Continuation Sheet**
Creditor's Name

**3702 NE 81st St**
**Vancouver, WA 98665**
_____
Creditor's mailing address                   **Describe the lien**
                                             **Secured Promissory Note**
                                             **Is the creditor an insider or related party?**
**africana8@yahoo.com**                       ■ No
_____            □ Yes
Creditor's email address, if known           **Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No
                                             □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**9905**
**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

Debtor __**Fairway America, LLC**_____ Case number (if known) _____
       Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 8 | **Kim Marriott** | **Describe debtor's property that is subject to a lien** | **$60,065.05** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**8880 SW Rosewood Way**
**Portland, OR 97225**

Creditor's mailing address

**harryald@aol.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2504**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 9 | **Martell Living Trust** | **Describe debtor's property that is subject to a lien** | **$58,818.47** | **$5,521,505.73** |
|---|---|---|---|---|

Creditor's Name

**Attn: Bernard Martell**
**4420 SW Crestwood Drive**
**Portland, OR 97225**

Creditor's mailing address

**blmartell@msn.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0439**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 0 | **Mary Jacobs** | **Describe debtor's property that is subject to a lien** | **$150,162.62** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**585 SE Andover Place**
**Portland, OR 97202**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

Debtor  **Fairway America, LLC**
      <u>Name</u>

Case number (if known) _____

**brentj@jacobsheating.com**

<u>Creditor's email address, if known</u>

**Date debt was incurred**

**Last 4 digits of account number**
**1891**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.31**

**Mathew Capital Management Company**
<u>Creditor's Name</u>

**c/o Tyler J. Bellis, Esq.**
**McEwen Gisvold LLP**
**1100 SW 6th Ave, Ste 1600**
**Portland, OR 97204**

<u>Creditor's mailing address</u>

**tylerb@mcewengisvold.com**

<u>Creditor's email address, if known</u>

**Date debt was incurred**

**Last 4 digits of account number**
**5486**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

$600,650.50      $5,210,440.52

---

**2.32**

**Mathew Capital Management Company**
<u>Creditor's Name</u>

**c/o Tyler J. Bellis, Esq.**
**McEwen Gisvold LLP**
**1100 SW 6th Ave, Ste 1600**
**Portland, OR 97204**

<u>Creditor's mailing address</u>

**tylerb@mcewengisvold.com**

<u>Creditor's email address, if known</u>

**Date debt was incurred**

**Last 4 digits of account number**
**5486**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$588,184.74      $5,210,440.52

---

Debtor **Fairway America, LLC**
_____                    Case number (if known) _____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 3 | **Mathew Capital Management Company** | | |
|---|---|---|---|

Creditor's Name

**c/o Tyler J. Bellis, Esq.
McEwen Gisvold LLP
1100 SW 6th Ave, Ste 1600
Portland, OR 97204**

Creditor's mailing address

**tylerb@mcewengisvold.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 0942**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

$588,184.74          $0.00

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 4 | **Mathew Capital Management Company** | | |
|---|---|---|---|

Creditor's Name

**Level 2, Max City Building
Remy Ollier St
Port Louis MUS 89012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Alternate Address**

$0.00          $0.00

**Describe the lien**
**Alt Address**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 5 | **Mathew Capital Management Company** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$0.00          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 27

Debtor    **Fairway America, LLC**
_____                Case number (if known) _____
Name

Creditor's Name                            **Alternate Address**
**c/o Christopher Childs**
**Childs Watson PLLC**
**3271 E Warm Springs Rd**
**Las Vegas, NV 89120**                    _____
Creditor's mailing address                 **Describe the lien**
                                           **Alt Address**
                                           _____
                                           **Is the creditor an insider or related party?**
_____               ■ No
Creditor's email address, if known         ☐ Yes
                                           **Is anyone else liable on this claim?**
**Date debt was incurred**                 ■ No
                                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| 2.36 | **Matthew W. Burk** | **Describe debtor's property that is subject to a lien** | **$183,214.66** | **$0.00** |
|---|---|---|---|---|

**Revocable Trust u/a/d 8/**              **See Attached Continuation Sheet**
Creditor's Name
**Attn: Matt Burk**
**PO BOX 20699**
**Tigard, OR 97281**                       _____
Creditor's mailing address                 **Describe the lien**
                                           **Secured Promissory Note**
**matt.burk@fairwayamerica.**              **Is the creditor an insider or related party?**
**com**                                    ☐ No
                                           ■ Yes
Creditor's email address, if known         **Is anyone else liable on this claim?**
                                           ■ No
**Date debt was incurred**                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0898**
**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| 2.37 | **Matthew W. Burk** | **Describe debtor's property that is subject to a lien** | **$624,055.37** | **$0.00** |
|---|---|---|---|---|

**Revocable Trust u/a/d 8/**              **See Attached Continuation Sheet**
Creditor's Name
**Attn: Matt Burk**
**PO BOX 20699**
**Tigard, OR 97281**                       _____
Creditor's mailing address                 **Describe the lien**
                                           **Secured Promissory Note - via Purchase**
                                           **Agreement**
**matt.burk@fairwayamerica.**              **Is the creditor an insider or related party?**
**com**                                    ☐ No
                                           ■ Yes
Creditor's email address, if known         **Is anyone else liable on this claim?**
                                           ■ No
**Date debt was incurred**

Debtor **Fairway America, LLC**                                  Case number (if known) _____
_____
Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0898**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.38 | **Melissa and Adam Rosen Revocable Living** | **Describe debtor's property that is subject to a lien** | **$119,164.34** | **$5,521,505.73** |

Creditor's Name

**Attn: Adam Rosen**
**4638 El Camino Corto**
**La Ca ada Flintridge, CA 91011**
Creditor's mailing address

**adamrosenca@gmail.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6631**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.39 | **Michael Baskauskas and Mary Baskauskas** | **Describe debtor's property that is subject to a lien** | **$117,636.95** | **$5,521,505.73** |

Creditor's Name

**5351 Douglas Lane**
**Sebastopol, CA 95472**
Creditor's mailing address

**michael.baskauskas@gmail.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9770**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.40 | **Molly Jacobs** | **Describe debtor's property that is subject to a lien** | **$60,065.05** | **$0.00** |

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

Creditor's Name

**See Attached Continuation Sheet**

**585 SE Andover Place**
**Portland, OR 97202**
_____
Creditor's mailing address

**Describe the lien**
**Secured Promissory Note**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

**m.jacobs00@gmail.com**
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3250**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.41 | **NDTCO FBO Mikhail Zlotnik ROTH IRA**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

| $108,117.09 | $0.00 |

**Attn: Mikhail Zlotnik**
**2015 Avenue M**
**Brooklyn, NY 11210**
_____
Creditor's mailing address

**Describe the lien**
**Secured Promissory Note**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

**mike@tempofunding.com**
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3832**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

2.42 | **NDTCO FBO Mikhail Zlotnik SEP IRA**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

| $84,091.07 | $0.00 |

**Attn: Mikhail Zlotnik**
**2015 Avenue M**
**Brooklyn, NY 11210**
_____
Creditor's mailing address

**Describe the lien**
**Secured Promissory Note**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

**mike@tempofunding.com**
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 17 of 27

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

**9994**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | |
|---|---|---|---|
| 2.43 | **Provident Trust Group LLC FBO Mark Lewis** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **See Attached Continuation Sheet** | $70,053.06 | $0.00 |

**Attn: Mark Lewis**
**15002 S Foxtail Ln**
**Phoenix, AZ 85048**
Creditor's mailing address

**Describe the lien**

**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**M.lewis7@cox.net**
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4716**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | |
|---|---|---|---|
| 2.44 | **Quest Trust Co FBO Todd M O Neil HSA #35** <br> Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **See Attached Continuation Sheet** | $68,885.51 | $0.00 |

**Attn: Todd O'Neil**
**14801 Bond St**
**Overland Park, KS 66221**
Creditor's mailing address

**Describe the lien**

**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**toddoneildds@gmail.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5818**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | |
|---|---|---|---|
| 2.45 | **Quest Trust Company FBO Aimee A Hoffman** | **Describe debtor's property that is subject to a lien** | $8,949.78 | $0.00 |

---

Debtor **Fairway America, LLC**
_____ Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name<br>**Attn: Aimee Hoffman<br>1510 Calveryman Ln<br>Katy, TX 77449**<br>Creditor's mailing address | **See Attached Continuation Sheet**<br>_____<br><br>**Describe the lien**<br>**Secured Promissory Note**<br>**Is the creditor an insider or related party?** |

**outsidewego@reagan.com**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1154**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.46 | **Quest Trust Company FBO Aimee A Hoffman**<br>Creditor's Name<br>**Attn: Aimee Hoffman<br>1510 Calveryman Ln<br>Katy, TX 77449**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**See Attached Continuation Sheet**<br>_____<br><br>**Describe the lien**<br>**Secured Promissory Note**<br>**Is the creditor an insider or related party?** | **$12,882.75** | **$0.00** |
|---|---|---|---|---|

**outsidewego@reagan.com**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3889**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.47 | **Quest Trust Company FBO Ann Hunsicker-Mo**<br>Creditor's Name<br>**Attn: Ann Morrissey<br>1752 Wyndham Terrace<br>Bethlehem, PA 18015**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**See Attached Continuation Sheet**<br>_____<br><br>**Describe the lien**<br>**Secured Promissory Note**<br>**Is the creditor an insider or related party?** | **$23,351.02** | **$0.00** |
|---|---|---|---|---|

**annhun@mac.com**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor    **Fairway America, LLC**                                        Case number (if known) _____
_____
Name

**5722**
_____
**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.48 | **Quest Trust Company FBO** **Caroline Hunt IR** | **Describe debtor's property that is subject to a lien** **See Attached Continuation Sheet** | **$120,130.10** | **$0.00** |

Creditor's Name

**Attn: Caroline Hunt**
**9649 S. Via Vaquero**
**Hereford, AZ 85615**
Creditor's mailing address

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**
☐ No
■ Yes

**cphhunt@yahoo.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2085**
**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.49 | **Quest Trust Company FBO** **Carrie Holland B** | **Describe debtor's property that is subject to a lien** **See Attached Continuation Sheet** | **$93,404.08** | **$0.00** |

Creditor's Name

**Attn: Carrie**
**Holland-Barnett**
**706 Picadilly St**
**Bentonville, AZ 72712**
Creditor's mailing address

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**barnettcarriel@gmail.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3127**
**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.50 | **Quest Trust Company FBO** **Carrie Holland B** | **Describe debtor's property that is subject to a lien** | **$23,351.02** | **$0.00** |

---

Debtor **Fairway America, LLC**
Name

Case number (if known)

**Creditor's Name**

**Attn: Carrie Holland-Barnett**
**706 Picadilly St**
**Bentonville, AZ 72712**
Creditor's mailing address

**barnettcarriel@gmail.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7475**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.5 1** | **Quest Trust Company FBO Joel K. Lowman I**
Creditor's Name

**Attn: Joel Lowman**
**25586 Little Springs Rd**
**Calhan, CO 80808**
Creditor's mailing address

**joelk74@msn.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2113**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**$117,636.95**          **$0.00**

---

**2.5 2** | **Quest Trust Company FBO Sharon K Stolars**
Creditor's Name

**Attn: Sharon Stolarski**
**1510 Calveryman Ln**
**Katy, TX 77449**
Creditor's mailing address

**outsidewego@reagan.com**
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$31,103.26**          **$0.00**

---

Debtor      **Fairway America, LLC**                                              Case number (if known) _____
            Name

**Last 4 digits of account number**
**4323**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.53**  **Quest Trust Company FBO Sharon K Stolars**
        Creditor's Name

**Attn: Sharon Stolarski**
**1510 Calveryman Ln**
**Katy, TX 77449**
Creditor's mailing address

**outsidewego@reagan.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9820**

| | |
|---|---|
| **Describe debtor's property that is subject to a lien** | $6,511.19    $0.00 |
| **See Attached Continuation Sheet** | |
| **Describe the lien** | |
| **Secured Promissory Note** | |
| **Is the creditor an insider or related party?** | |
| ■ No | |
| ☐ Yes | |
| **Is anyone else liable on this claim?** | |
| ■ No | |
| ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.54**  **Quest Trust Company FBO Sharon K Stolars**
        Creditor's Name

**Attn: Sharon Stolarski**
**1510 Calveryman Ln**
**Katy, TX 77449**
Creditor's mailing address

**outsidewego@reagan.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9820**

| | |
|---|---|
| **Describe debtor's property that is subject to a lien** | $66,550.41    $0.00 |
| **See Attached Continuation Sheet** | |
| **Describe the lien** | |
| **Secured Promissory Note** | |
| **Is the creditor an insider or related party?** | |
| ■ No | |
| ☐ Yes | |
| **Is anyone else liable on this claim?** | |
| ■ No | |
| ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.55**  **Reis Family Revocable Trust Dated Octobe**

| | |
|---|---|
| **Describe debtor's property that is subject to a lien** | $58,818.47    $5,521,505.73 |

---

Debtor **Fairway America, LLC**
Name

Case number (if known)

**Creditor's Name**

**Attn: Morgan Reis**
**206 Por La Mar Cir**
**Santa Barbara, CA 93103**
Creditor's mailing address

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**

**morganreis801@gmail.com**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0572**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

**2.56** **Skylands Investment**
**Corporation**
Creditor's Name

**Attn: Matt Burk**
**PO BOX 20699**
**Tigard, OR 97281**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

$603,617.07    $0.00

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**

**matt.burk@fairwayamerica.**
**com**

☐ No

Creditor's email address, if known

■ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**n/a**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

**2.57** **Sunsets Unlimited, LLC**
Creditor's Name

**Attn: M. Lewis**
**15002 S Foxtail Ln**
**Phoenix, AZ 85048**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

$75,890.82    $0.00

**Describe the lien**
**Secured Promissory Note**
**Is the creditor an insider or related party?**

**m.lewis7@cox.net**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Debtor **Fairway America, LLC**
Name

Case number (if known)

**9093**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.58**

**Tania Gitch**
Creditor's Name

**P.O. Box 340
Lyle, WA 98635**
Creditor's mailing address

**tgitch@gmco.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 7863**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

$58,818.47    $5,521,505.73

---

**2.59**

**Tempo Opportunity Fund LLC**
Creditor's Name

**Attn: Mikhail Zlotnik
2167 East 21st Street #222
Brooklyn, NY 11229**
Creditor's mailing address

**mike@tempofunding.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 8512**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

$600,650.50    $0.00

---

**2.60**

**Tempo Opportunity Fund LLC**

**Describe debtor's property that is subject to a lien**

$235,273.90    $0.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 24 of 27

Debtor   **Fairway America, LLC**

Name

Case number (if known)

**Creditor's Name**

**Attn: Mikhail Zlotnik**
**2167 East 21st Street #222**
**Brooklyn, NY 11229**

Creditor's mailing address

**mike@tempofunding.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8512**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | $297,910.85 | $5,521,505.73 |
|---|---|---|---|---|

2.61   **The Minten Family Trust**

Creditor's Name

**Attn: Lloyd Minten**
**752 SW Regency Terrace**
**Portland, OR 97225**

Creditor's mailing address

**llmkjm@aol.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4603**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | $240,260.20 | $0.00 |
|---|---|---|---|---|

2.62   **The Robert MacLellan Marital Trust**

Creditor's Name

**Attn: Gay K. MacLellan, Trustee**
**PO Box 61467**
**Vancouver, WA 98666**

Creditor's mailing address

**gay@gaymac.net**

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**See Attached Continuation Sheet**

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

**Last 4 digits of account number**
**2277**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.6 3** | **The Ron & Carina Schmidt Trust** | **Describe debtor's property that is subject to a lien** **See Attached Continuation Sheet** | **$235,273.90** | **$5,521,505.73** |

Creditor's Name

**Attn: Carina Schmidt**
**2048 State Road**
**Mosier, OR 97040**
Creditor's mailing address

**CARINA.SCHMIDT85@GMAIL.COM**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4063**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.6 4** | **The Rood Family Trust** | **Describe debtor's property that is subject to a lien** **See Attached Continuation Sheet** | **$300,325.25** | **$0.00** |

Creditor's Name

**Attn: Gary Rood**
**7600 Northeast 41st Street**
**Suite 330**
**Vancouver, WA 98662**
Creditor's mailing address

**grood@roodinvestments.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3356**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Secured Promissory Note**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.6 5** | **The Scott and Mary Schroeder Revocable L** | **Describe debtor's property that is subject to a lien** | **$705,821.69** | **$5,521,505.73** |

---

Debtor  **Fairway America, LLC**                                    Case number (if known) _____
        Name

Creditor's Name                                 **See Attached Continuation Sheet**
**Attn: Scott R Schroeder**
**2265 Dawnwood Drive**
**Philomath, OR 97370**
Creditor's mailing address                      **Describe the lien**
                                                **Secured Promissory Note**
                                                **Is the creditor an insider or related party?**
**scotts@reliancecm.com**                       ☐ No
                                                ■ Yes
Creditor's email address, if known              **Is anyone else liable on this claim?**
                                                ■ No
**Date debt was incurred**                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1668**
**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ■ Disputed
priority.

---

**2.66**  **Todd J. Rettenmeier and**
       **Wendy K. Rettenm**        **Describe debtor's property that is subject to a lien**    $58,818.47    $0.00
Creditor's Name                    **See Attached Continuation Sheet**
**Attn: Todd Rettenmeier**
**1475 NW 90th Ct.**
**Clive, IA 50325**
Creditor's mailing address         **Describe the lien**
                                   **Secured Promissory Note**
                                   **Is the creditor an insider or related party?**
**todd.rett@gmail.com**            ■ No
                                   ☐ Yes
Creditor's email address, if known **Is anyone else liable on this claim?**
                                   ■ No
**Date debt was incurred**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4821**
**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative  ■ Disputed
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$11,749,988.55**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 27 of 27

SCHEDULE D - CONTINUATION SHEET

| Name | AccountNo | DateIncurred | Date UCC Filed (Date of Perfection) | UCC # | Principal | Interest Accrued through 07/06/26 | ClaimAmt | Description | PropertyValue | UnsecuredAmt |
|---|---|---|---|---|---|---|---|---|---|---|
| Anil and Anne Fernando Revocable Trust u/a/d December 2, 2010 | M3394-9536 | 1/24/2024 | 5/6/2024 | 93860661 | $ 200,000.00 | $ 38,328.68 | $ 238,328.68 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Blake Hering | M8959-7272 | 2/20/2024 | 5/6/2024 | 93860661 | $ 60,000.00 | $ 11,498.60 | $ 71,498.60 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Blum Commercial Properties LLC | M1135-5177 | 10/10/2023 | 5/6/2024 | 93860661 | $ 528,233.44 | $ 93,164.26 | $ 621,397.70 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Bruce and Lisa Wiseman Family Revocable Trust | M2056-8483 | 3/7/2024 | 5/6/2024 | 93860661 | $ 150,000.00 | $ 28,746.51 | $ 178,746.51 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| David Edward Cummins Living Trust dated July 12, 2011 | M6962-4628 | 6/26/2023 | 5/6/2024 | 93860661 | $ 50,000.00 | $ 8,818.47 | $ 58,818.47 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| David Minten | M6493-1873 | 1/1/2024 | 5/6/2024 | 93860661 | $ 200,000.00 | $ 38,328.68 | $ 238,328.68 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| David Minten | M6493-1873 | 7/15/2024 | 5/6/2024 | 93860661 | $ 450,000.00 | $ 86,239.52 | $ 536,239.52 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Elliott FBG Group | M9321-5563 | 7/6/2023 | 5/6/2024 | 93860661 | $ 100,000.00 | $ 17,636.95 | $ 117,636.95 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Gayle A. Harris | M2219-8202 | 10/16/2023 | 5/6/2024 | 93860661 | $ 100,000.00 | $ 17,636.95 | $ 117,636.95 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Joseph and Rosalie Gehlen Family Trust | M5524-8977 | 1/15/2024 | 5/6/2024 | 93860661 | $ 75,000.00 | $ 14,373.25 | $ 89,373.25 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Justin Dorn | M6149-2208 | 9/13/2023 | 5/6/2024 | 93860661 | $ 100,000.00 | $ 17,636.95 | $ 117,636.95 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Katherine Taylor | M5673-9905 | 7/7/2023 | 5/6/2024 | 93860661 | $ 15,000.00 | $ 2,645.54 | $ 17,645.54 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Martell Living Trust | M7044-0439 | 10/10/2023 | 5/6/2024 | 93860661 | $ 50,000.00 | $ 8,818.47 | $ 58,818.47 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Melissa and Adam Rosen Revocable Living Trust dated May 15, 2022 | M5693-6631 | 12/28/2023 | 5/6/2024 | 93860661 | $ 100,000.00 | $ 19,164.34 | $ 119,164.34 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |

| Name | AccountNo | DateIncurred | Date UCC Filed (Date of Perfection) | UCC # | Principal | Interest Accrued through 07/06/26 | ClaimAmt | Description | PropertyValue | UnsecuredAmt |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael Baskauskas and Mary Baskauskas | M7013-9770 | 9/28/2023 | 5/6/2024 | 93860661 | $ 100,000.00 | $ 17,636.95 | $ 117,636.95 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Reis Family Revocable Trust Dated October 18, 1999 (2nd Restatement Added June 9, 2015) | M5672-0572 | 7/6/2023 | 5/6/2024 | 93860661 | $ 50,000.00 | $ 8,818.47 | $ 58,818.47 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Gary J. Rood and Christine C. Rood, Trustees of the Rood Family Trust u/t/a dated 9/8/25 | M6055-3356 | 4/30/2024 | 5/6/2024 | 93860661 | $ 500,000.00 | $ 88,184.74 | $ 588,184.74 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Tania Gitch | M5243-7863 | 7/6/2023 | 5/6/2024 | 93860661 | $ 50,000.00 | $ 8,818.47 | $ 58,818.47 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| The Minten Family Trust | M6725-4603 | 5/7/2024 | 5/6/2024 | 93860661 | $ 250,000.00 | $ 47,910.85 | $ 297,910.85 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| The Ron & Carina Schmidt Trust | M9808-4063 | 9/8/2023 | 5/6/2024 | 93860661 | $ 200,000.00 | $ 35,273.90 | $ 235,273.90 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| The Scott and Mary Schroeder Revocable Living Trust | M3562-1668 | 7/25/2023 | 5/6/2024 | 93860661 | $ 600,000.00 | $ 105,821.69 | $ 705,821.69 | Fairway Debt Offering IV - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first, second and third Fairway Debt Offerings ("FDO I", "FDO II" and "FDO III") | $ 5,521,505.73 | $ - |
| Mathew Capital Management Company | M3974-5486 | 9/7/2017 | 11/18/2024 | 94037977 | $ 500,000.00 | $ 100,650.50 | $ 600,650.50 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ 5,210,440.52 | $ 157,163.47 |
| Mathew Capital Management Company | M3974-5486 | 12/31/2021 | 11/18/2024 | 94037977 | $ 500,000.00 | $ 88,184.74 | $ 588,184.74 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ 5,210,440.52 | $ 153,901.74 |
| | | | | | | SUBTOTAL | $ 5,832,570.94 | | $ 5,521,505.73 | $ 311,065.21 |
| Mathew Capital Management Co. | 25CV20942 | 11/7/2018 | 1/30/2025 | 94037977-1 | $ 500,000.00 | $ 88,184.74 | $ 588,184.74 | Secured by lien on 500 total membership units owned by Debtor in SBRE XII LLC, SBRE XIII LLC and/or SBRE XIV LLC | $ - | $ 588,184.74 |
| Catalina Capital LLC | M9666-3545 | 6/28/2019 | 3/26/2025 | 94142599 | $ 100,000.00 | $ 20,130.10 | $ 120,130.10 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 120,130.10 |
| Cielo Property Investments, LLC | M6358-5922 | 1/13/2020 | 3/26/2025 | 94142599 | $ 100,000.00 | $ 17,636.95 | $ 117,636.95 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 117,636.95 |
| Forge Trust Co. CFBO: Brien Ralph Woodson IRA374386 | M7465-6698 | 3/24/2020 | 3/26/2025 | 94142599 | $ 50,000.00 | $ 8,818.47 | $ 58,818.47 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 58,818.47 |
| Harry Aldrich | M4245-1301 | 12/12/2019 | 3/26/2025 | 94142599 | $ 75,000.00 | $ 15,097.57 | $ 90,097.57 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 90,097.57 |

| Name | AccountNo | DateIncurred | Date UCC Filed (Date of Perfection) | UCC # | Principal | Interest Accrued through 07/06/26 | ClaimAmt | Description | PropertyValue | UnsecuredAmt |
|---|---|---|---|---|---|---|---|---|---|---|
| Hellertown Management Group, LLC 401K PSP FBO Ann L. Hunsicker-Morrissey | M6533-9076 | 1/11/2021 | 3/26/2025 | 94142599 | $ 30,000.00 | $ 5,026.53 | $ 35,026.53 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 35,026.53 |
| Heritage Capital USA, Inc. | M5304-8914 | 10/29/19 assigned 7/31/2024 | 3/26/2025 | 94142599 | $ 49,000.00 | $ 9,863.75 | $ 58,863.75 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 58,863.75 |
| Inspira Financial Trust LLC FBO Bryan LaGree Roth IRA #2478521 | M2900-2526 | 10/3/2019 | 3/26/2025 | 94142599 | $ 100,000.00 | $ 20,130.10 | $ 120,130.10 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 120,130.10 |
| JMRM, LLC | M3173-2746 | 12/18/2020 | 3/26/2025 | 94142599 | $ 50,000.00 | $ 8,377.55 | $ 58,377.55 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 58,377.55 |
| NDTCO FBO Mikhail Zlotnik ROTH IRA | M0639-3832 | 7/1/2019 | 3/26/2025 | 94142599 | $ 90,000.00 | $ 18,117.09 | $ 108,117.09 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 108,117.09 |
| NDTCO FBO Mikhail Zlotnik SEP IRA | M3298-9994 | 6/17/2019 | 3/26/2025 | 94142599 | $ 70,000.00 | $ 14,091.07 | $ 84,091.07 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 84,091.07 |
| Provident Trust Group LLC FBO Mark Lewis IRA | M4259-4716 | 6/7/2021 | 3/26/2025 | 94142599 | $ 60,000.00 | $ 10,053.06 | $ 70,053.06 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 70,053.06 |
| Quest Trust Co FBO Todd M O'Neil HSA #35962-71 | M2038-5818 | 1/26/2021 | 3/26/2025 | 94142599 | $ 59,000.00 | $ 9,885.51 | $ 68,885.51 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 68,885.51 |
| Quest Trust Company FBO Aimee A Hoffman Traditional IRA - #3598911 | M3440-1154 | 5/12/2020 | 3/26/2025 | 94142599 | $ 7,607.97 | $ 1,341.81 | $ 8,949.78 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 8,949.78 |
| Quest Trust Company FBO Aimee A Hoffman ROTH IRA - #3598921 | M6298-3889 | 5/12/2020 | 3/26/2025 | 94142599 | $ 10,951.28 | $ 1,931.47 | $ 12,882.75 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 12,882.75 |
| Quest Trust Company FBO Ann Hunsicker-Morrissey IRA #2685411 | M4190-5722 | 1/12/2021 | 3/26/2025 | 94142599 | $ 20,000.00 | $ 3,351.02 | $ 23,351.02 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 23,351.02 |
| Quest Trust Company FBO Caroline Hunt IRA #2645821 | M5822-2085 | 9/16/2021 | 3/26/2025 | 94142599 | $ 100,000.00 | $ 20,130.10 | $ 120,130.10 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 120,130.10 |
| Quest Trust Company FBO Carrie Holland Barnett IRA 3635111 | M9752-3127 | 12/17/2020 | 3/26/2025 | 94142599 | $ 80,000.00 | $ 13,404.08 | $ 93,404.08 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 93,404.08 |
| Quest Trust Company FBO Carrie Holland Barnett Roth IRA 3635121 | M6487-7475 | 12/17/2020 | 3/26/2025 | 94142599 | $ 20,000.00 | $ 3,351.02 | $ 23,351.02 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 23,351.02 |

| Name | AccountNo | DateIncurred | Date UCC Filed (Date of Perfection) | UCC # | Principal | Interest Accrued through 07/06/26 | ClaimAmt | Description | PropertyValue | UnsecuredAmt |
|---|---|---|---|---|---|---|---|---|---|---|
| Quest Trust Company FBO Joel K. Lowman IRA# 2895711 | M4750-2113 | 3/25/2020 | 3/26/2025 | 94142599 | $ 100,000.00 | $ 17,636.95 | $ 117,636.95 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 117,636.95 |
| Quest Trust Company FBO Sharon K Stolarski ROTH IRA #3599021 | M1667-4323 | 5/12/2020 | 3/26/2025 | 94142599 | $ 26,440.04 | $ 4,663.22 | $ 31,103.26 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 31,103.26 |
| Quest Trust Company FBO Sharon K Stolarski Traditional IRA #3599011 | M9301-9820 | 5/12/2020 | 3/26/2025 | 94142599 | $ 5,534.99 | $ 976.20 | $ 6,511.19 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 6,511.19 |
| Quest Trust Company FBO Sharon K Stolarski Traditional IRA #3599011 | M9301-9820 | 12/18/2020 | 3/26/2025 | 94142599 | $ 57,000.00 | $ 9,550.41 | $ 66,550.41 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 66,550.41 |
| Sunsets Unlimited, LLC | M6140-9093 | 6/3/2021 | 3/26/2025 | 94142599 | $ 65,000.00 | $ 10,890.82 | $ 75,890.82 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 75,890.82 |
| Tempo Opportunity Fund LLC | M1319-8512 | 9/26/2019 | 3/26/2025 | 94142599 | $ 500,000.00 | $ 100,650.50 | $ 600,650.50 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 600,650.50 |
| Tempo Opportunity Fund LLC | M1319-8512 | 2/26/2020 | 3/26/2025 | 94142599 | $ 200,000.00 | $ 35,273.90 | $ 235,273.90 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 235,273.90 |
| Todd J. Rettenmeier and Wendy K. Rettenmeier, Trustees of Todd J. Rettenmeier and Wendy K. Rettenmeier Living Trust dtd May 12, 2017 | M6875-4821 | 3/20/2020 | 3/26/2025 | 94142599 | $ 50,000.00 | $ 8,818.47 | $ 58,818.47 | Fairway Debt Offering III - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first and second Fairway Debt Offerings ("FDO I" and "FDO II") | $ - | $ 58,818.47 |
| Jay Zollinger | M8024-9378 | 8/30/2016 | | | $ 150,000.00 | $ 33,214.66 | $ 183,214.66 | Fairway Debt Offering I - first priority lien on all Debtor's assets | $ - | $ 183,214.66 |
| John Wilson | M8649-0245 | 8/15/2018 | | | $ 80,000.00 | $ 16,637.51 | $ 96,637.51 | Fairway Debt Offering I - first priority lien on all Debtor's assets | $ - | $ 96,637.51 |
| Matthew W. Burk Revocable Trust u/a/d 8/5/10 | M3762-0898 | 9/1/2016 | | | $ 150,000.00 | $ 33,214.66 | $ 183,214.66 | Fairway Debt Offering I - first priority lien on all Debtor's assets | $ - | $ 183,214.66 |
| Matthew W. Burk Revocable Trust u/a/d 8/5/10 | M3762-0898 | Unknown | | | $ 500,000.00 | $ 124,055.37 | $ 624,055.37 | Fairway Debt Offering I | $ - | $ 624,055.37 |
| Amanda Jacobs | M0717-6765 | 3/9/2017 | | | $ 50,000.00 | $ 10,065.05 | $ 60,065.05 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ - | $ 60,065.05 |
| Douglas Woodcock | M3004-5194 | 3/9/2017 | | | $ 100,000.00 | $ 22,623.25 | $ 122,623.25 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ - | $ 122,623.25 |
| The Robert MacLellan Marital Trust | M6227-2277 | Assigned 7/1/25 | | | $ 200,000.00 | $ 40,260.20 | $ 240,260.20 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ - | $ 240,260.20 |
| Kim Marriott | M4225-2504 | 7/17/2017 | | | $ 50,000.00 | $ 10,065.05 | $ 60,065.05 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ - | $ 60,065.05 |

| Name | AccountNo | DateIncurred | Date UCC Filed (Date of Perfection) | UCC # | Principal | Interest Accrued through 07/06/26 | ClaimAmt | Description | PropertyValue | UnsecuredAmt |
|---|---|---|---|---|---|---|---|---|---|---|
| Mary Jacobs | M7155-1891 | 3/9/2017 | | | $ 125,000.00 | $ 25,162.62 | $ 150,162.62 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ - | $ 150,162.62 |
| Molly Jacobs | M9584-3250 | 3/9/2017 | | | $ 50,000.00 | $ 10,065.05 | $ 60,065.05 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ - | $ 60,065.05 |
| The Rood Family Trust | M6055-3356 | 6/21/2017 | | | $ 250,000.00 | $ 50,325.25 | $ 300,325.25 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ - | $ 300,325.25 |
| Camino del Norte Investments | M6267-6605 | | | | $ 100,000.00 | $ 20,130.10 | $ 120,130.10 | Fairway Debt Offering II | $ - | $ 120,130.10 |
| Harry Aldrich | M4245-1301 | | | | $ 50,000.00 | $ 10,065.05 | $ 60,065.05 | Fairway Debt Offering II - lien on all assets of Fairway America, LLC subject only to the first position lien previously granted to holders of notes issued in the first Fairway Debt Offering | $ - | $ 60,065.05 |
| Skylands Investment | n/a | | | | $ 500,000.00 | $ 103,617.07 | $ 603,617.07 | Skylands Note | $ - | $ 603,617.07 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | TOTALS: | $ 11,749,988.60 | | $ 5,521,505.73 | $ 6,228,482.87 |

Case 26-32378-thp11   Doc 1   Filed 07/08/26   Page 48 of 202

**Fill in this information to identify the case:**

Debtor name **Fairway America, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:** **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Angela Rapp**
**200 Acorn St.**
**Newberg, OR 97132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$4,469.85** Priority amount **$4,469.85**

Date or dates debt was incurred

Basis for the claim:
**Accrued wages and Employer paid health Ins.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**IRS**
**Centralized Insolvency Op.**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00** Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Fairway America, LLC** | Case number (if known) | |
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**IRS**
**Attn: Atty Gen. of U.S.**
**950 Pennsylvania Ave. NW**
**Washington, DC 20530-0009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**IRS**
**Attn: Civil Process Clerk**
**1000 SW 3rd, #600**
**Portland, OR 97204-2936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,070.37 | $11,070.37 |

**Jay Zollinger**
**127 E Steep Mountain Drive**
**Draper, UT 84020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued wages and Employer paid health Ins.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,241.79 | $5,241.79 |

**Manpreet Bains**
**16914 NE 138th St**
**Vancouver, WA 98686**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued wages and Employer paid health Ins.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known)
_____          _____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,083.09 | $3,083.09 |

**Maryna Kovalshyna**
**2833 Olympic St**
**Sarasota, FL 34231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued wages and Employer paid health Ins.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**ODR**
**c/o Dan Rayfield,  ODJ**
**1162 Court St, NE**
**Salem, OR 97301-4096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**ODR**
**ATTN: Bankruptcy Unit**
**955 Center St NE**
**Salem, OR 97301-2553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**State of Oregon**
**Employment Department**
**875 Union St NE #107**
**Salem, OR 97311-0030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor   **Fairway America, LLC**                                   Case number (if known) _____
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Washington County**
**Dept. of Assessment & Taxation**
**155 N. 1st Ave., Ste 130, MS 8**
**Hillsboro, OR 97124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**194 Prime Fund Trust**
**3407 N Columbia Cir**
**Spokane, WA 99205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**2004 Hoye Family Trust**
**2250 Walgra Meadows Circle**
**Meadow Vista, CA 95722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**2015 Olivia Yau Revocable Trust**
**5403 Stoneview Rd**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**2BLD HAYS INVESTMENTS, LLC**
**3333 Lone Oak Rd N**
**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor      **Fairway America, LLC**                                          Case number (if known) _____
            _____
            Name

| | |
|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** |
| | **4S, LLC**<br>**2265 Dawnwood Drive**<br>**Philomath, OR 97370** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** |
| | **714 Investments LLC**<br>**15301 W 87th St Pkwy,Ste B35**<br>**Lenexa, KS 66219** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** |
| | **Aaron Henderson**<br>**16217 NE 22nd Ave**<br>**Ridgefield, WA 98642-6930** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** |
| | **Aasthi, LLC**<br>**3535 Little Rd**<br>**Trinity, FL 34655** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** |
| | **Abraham J Crystal**<br>**254 Sweet Bay Pl**<br>**Carrboro, NC 27510** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** |
| | **Adam Haber**<br>**35 Crabapple Dr**<br>**Roslyn, NY 11576** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fairway America, LLC**                                          Case number (if known) _____
_____
Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Adam Phillipe**
**520 Scenic Song Drive**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Agile Income Fund, LLC**
**19 Rankin Ave Ste 124**
**Ashville, NC 28801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ailsa US Opportunities LLC**
**3323 NE 163rd St Suite 305**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Akash Rohera**
**311 S Meadows Ave**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Al and Sandra Koller**
**1227 Devonworth**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alan and Annie Gordon**
**138 South Naples Lane**
**Casa Grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Fairway America, LLC**                                    Case number (if known) _____
_____
Name

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Alan Gordon**<br>**138 South Naples Lane**<br>**Casa Grande, AZ 85122** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Alan J Resnik 2015 Trust**<br>**1292 Hide A Way Ln**<br>**Lake Oswego, OR 97034** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Alan L & Ann E. Nielsen,Co-Trustees**<br>**Nielsen Family Revocable Trust, 5/16/22**<br>**15800 NW 18th Ave**<br>**Vancouver, WA 98685** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Alan Nielsen**<br>**15800 NW 18th Ave**<br>**Vancouver, WA 98685** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Alec Hoag**<br>**1618 10th St**<br>**Manhattan Beach, CA 90266** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Ali Shorooghi**<br>**575 6th Ave, Unit 2003**<br>**San Diego, CA 92101** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Fairway America, LLC**
_____
Name

Case number (if known)
_____

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alisa Marie Madson Living Trust**
**2516 Kipling Ave**
**St. Louis Park, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.12** |

**Allstate**
**PO Box 650514**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Elective disability insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alta Lending Group, LLC**
**560 N Vinton Rd**
**Anthony, TX 79821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Amar Gupta**
**5037 NE 20th Ave**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**American Estate & Trust LC**
**FBO Marilyn McWilliams IRAs T1003068528**
**T1003068528**
**1905 NE 16th #4**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**American Estate & Trust LC**
**FBO Paul E Howard ROTH IRA R1003069016**
**-**
**1905 NE 16th Ave Apt 5**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fairway America, LLC**
Name

Case number (if known) _____

---

**3.29** | **Nonpriority creditor's name and mailing address**
**American Estate & Trust LC FBO**
**Marilyn McWilliams ROTH IRA R1003068665-**
**& R1003068665**
**1905 NE 16th #4**
**Portland, OR 97212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
**American IRA LLC**
**CFBO Alicia Steinhilber IRA05729343**
**7286 Indian Creek Rd.**
**Nashville, TN 37209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
**American IRA LLC FBO Shawn Dubach IRA**
**16065 Ridge Tee Drive**
**Denver, CO 80465**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Ameritus Real Estate Fund , LP**
**121 W Wacker Drive Ste 1220**
**Chicago, IL 60601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Andre Kleyner & Faina Kleyner**
**4615 Buckingham Ct**
**Carmel, IN 46033**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Andrew Cooper**
**11204 Town View Dr**
**Jacksonville, FL 32256**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Andrew Cooper Revocable Trust**<br>**11204 Town View Dr**<br>**Jacksonville, FL 32256** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Andrew Tepper**<br>**713 N California St**<br>**Burbank, CA 91505** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Angelo Louis Andreini III Living**<br>**Trust dtd 10/12/1995**<br>**PO Box 752**<br>**Spring City, TN 37381-0752** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Anil Patel Revocable Living Trust**<br>**10405 SW 58th St**<br>**Miami, FL 33173** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Ann Louise Hunsicker-Morrissey**<br>**1752 Wyndham Terrace**<br>**Bethlehem, PA 18015** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Anshuman Purohit**<br>**11690 S Tumble Brush Street**<br>**Parker, CO 80134** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Fairway America, LLC__                               Case number (if known) _____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Antonio Carrelli Trust**
**255 West End Dr., Unit 4209**
**Punta Gorda, FL 33950-5370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |

**Applied Business Software, Inc.**
**The Mortgage Office**
**2847 Gundry Ave.**
**Long Beach, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor - Software as a service for Loan Servicing__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Arquilevich Living Trust**
**1809 NE 28th Ave**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Austin Logue and April Logue**
**1340 Mulford Rd**
**Columbus, OH 43212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Auto Funds Capital, a Series**
**of Golden Pyramid Capital LLC**
**304 S. Jones Blvd, Suite 2788**
**Las Vegas, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Avalon Capital & Investments**
**7604 Claret Ave**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
         Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**3.47** **Nonpriority creditor's name and mailing address**
**b1BANK**
**4949 Fairmont Parkway**
**Pasadena, TX 77505**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
**Bamboo Broadway II, LLC**
**600 Emerson Rd Ste 210**
**Creve Coeur, MO 63141**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
**BANAK Holdings, LLC**
**4331 S 11th Way**
**Ridgefield, WA 98642**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**
**Barry/Draemel Family Living Trust**
**5 Sunset Drive**
**Kensington, CA 94707**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
**Bart Shirley**
**245 Madison Ave #603**
**Memphis, TN 38103**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
**Bedford 2016 Trust**
**751 Las Cruces Ct**
**Goleta, CA 93117**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                      Case number (if known) _____
_____
Name

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.53**

**Nonpriority creditor's name and mailing address**
**Bedford Hill Real Estate**
**DBA Bedford Hill Properties**
**807 Trenton Drive**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Benjamin D Winters**
**2308 NW 97th St**
**Seattle, WA 98117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Bennett Family Living Trust,**
**dated May 20, 2008**
**116 Vendola Dr**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Berman MacDonald Family Legacy Trust**
**28 Locust Farm Dr**
**Thornton, PA 19373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Beryl F. Sachs Revocable Trust**
**8315 Burning Wood Rd.**
**Baltimore, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Beryl Sachs**
**8315 Burning Wood Rd.**
**Baltimore, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 13 of 140**

Debtor __Fairway America, LLC__  Case number (if known) _____
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bhavna Rohera**
**311 S Meadows Ave**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bicci Capital**
**1901 Avenue of the Stars, Suite 200**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Big MH Ventures LLC**
**919 Market Street Suite 950**
**Willmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bill Skalak**
**1619 East El Camino Drive**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Blake and Kelly St. Onge**
**12115 SW Foothill Drive**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Blum Family Dynasty, Inc**
**56 Soaring Bird Ct**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                         Case number (if known)   _____
         Name

| | |
|---|---|
| 3.65 **Nonpriority creditor's name and mailing address**<br>**Bochsler Living Trust dated May 15, 1996**<br>**1660 Mt Jefferson Dr**<br>**Stayton, OR 97383**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.66 **Nonpriority creditor's name and mailing address**<br>**Bonita Ventures IRA Investments LLC**<br>**PO Box 703**<br>**Estero, FL 33929**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.67 **Nonpriority creditor's name and mailing address**<br>**Bonita Ventures LLC**<br>**PO Box 980**<br>**Estero, FL 33929**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.68 **Nonpriority creditor's name and mailing address**<br>**Brad Smith Trust**<br>**117 Wesley Cir**<br>**Noblesville, IN 46062**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.69 **Nonpriority creditor's name and mailing address**<br>**Brad Storts and Sheri Storts**<br>**3010 NE Plain City-Georgesville Rd**<br>**West Jefferson, OH 43162**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.70 **Nonpriority creditor's name and mailing address**<br>**Bradley A Pittenger Rev Trust**<br>**10420 Litzsinger Road**<br>**Frontenac, MO 63131**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor  **Fairway America, LLC**                                          Case number (if known) _____
        Name

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Bradley P. And Linda Sue Shoebridge**
**7165 Ambleside Dr**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Bradley Timmons**
**PO Box 2350**
**The Dalles, OR 97058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brandon Bailey**
**14917 Roselawn Ln**
**Frisco, TX 75035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brent & Krista Mathisen**
**3438 160th Cir**
**Urbandale, IA 50323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brent Barnard &  Lisa Barnard**
**908 Gruene Springs**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brent Jacobs**
**585 SE Andover Pl**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Fairway America, LLC**                                Case number (if known) _____
         _____
         Name

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brett Tanimoto**
**373 La Perle Ln**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian and Sheila Waller**
**2037 S 41st Ct**
**West Des Moines, IA 50265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Bucher**
**36 Miner Rd**
**Malone, NY 12953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian D. Myers Trust**
**1294 Glenn Ave**
**Columbus, OH 43212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Nessim**
**1531 N St Apt 506**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Scott Kelley**
**5513 NW Harney St.**
**Vancouver, WA 98663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 17 of 140**

Debtor    **Fairway America, LLC**                                    Case number (if known) _____
_____
        Name

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brian Shelton**
**1417 Keeneland Hill Dr**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brooke Finan**
**11745 SW Riverwood Rd**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Bruce and Sharon Elliston**
**1900 Summit View Dr Unit 165**
**DALTON, GA 30721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Bryan and Emma Hays**
**17464 SW Kinglet Dr**
**Sherwood, OR 97140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Bryant Family Investments**
**2506 SE 125th Ave**
**Vancouver, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Bryenton Properties**
**PO Box 8785**
**Asheville, NC 28814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                          Case number (if known) _____
_____
          Name

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Bungalow Investments LLC**
**124 Drake Ct**
**West Islip, NY 11795**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.90
**Nonpriority creditor's name and mailing address**
**Bunting Family Trust**
**793 Mesa Grande Dr**
**Palm Desert, CA 92211**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.91
**Nonpriority creditor's name and mailing address**
**Business Property Trust, LLC**
**1331 NW Lovejoy Avenue Ste 755**
**Portland, OR 97209**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.92
**Nonpriority creditor's name and mailing address**
**Camino del Sol Investments LLC**
**1619 E. El Camino Dr**
**Phoenix, AZ 85020**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.93
**Nonpriority creditor's name and mailing address**
**Caroline Hunt**
**9649 S. Via Vaquero**
**Hereford, AZ 85615**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.94
**Nonpriority creditor's name and mailing address**
**Carrie K. Cliffel, LLC**
**1834 Elmwood Ave**
**Columbus, OH 43212**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

Debtor    **Fairway America, LLC**                                    Case number (if known)  _____
_____
Name

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cathy and Brien Woodson**
**1461 County Rd 3412**
**Chandler, TX 75758-7696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Century 21 Davis Realty, Inc.**
**Profit Sharing Plan FBO Robert M Wilkie**
**111 55 Knights Court**
**Grass Valley, CA 95945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Chad and Rebecca Gray**
**1959 S Toluka Way**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Chandler LLC**
**PO Box 1160**
**Mercer Island, WA 98040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Charles & Maril Walle Family Trust**
**3123 158th St. Ct. E.**
**Tacoma, WA 98446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Charles Edward McKeon**
**1002 S Dakota Ave**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
Name

Case number (if known) _____

---

3.101 | **Nonpriority creditor's name and mailing address**
**Charles Heller**
**13900 Panay Way #SR210**
**Marina del Rey, CA 90292**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.102 | **Nonpriority creditor's name and mailing address**
**Charles Jolley 2017 Living Trust**
**1806 The Strand**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.103 | **Nonpriority creditor's name and mailing address**
**Charles Schwab & Co**
**FBO Vijay Kanal IRA**
**2423 E. Lincoln Drive**
**Phoenix, AZ 85016**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.104 | **Nonpriority creditor's name and mailing address**
**Charles Schwab & Co. Inc.**
**SBO Michael Hurd IRA 4598-3909**
**12303 W Goldenrod Ave**
**Boise, ID 83713**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.105 | **Nonpriority creditor's name and mailing address**
**Charles Schwab & CO., Inc.**
**FBO John Charles Robinson IRA 7038-4557**
**187 Crest Road**
**Woodside, CA 94062**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.106 | **Nonpriority creditor's name and mailing address**
**Charles Schwab & Co., Inc.**
**FBO Rodney E. Jones**
**1023 Indianpipe Cir**
**Carmel, IN 46033**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fairway America, LLC**

Name

Case number (if known)

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Charles Schwab & Co., Inc.**
**FBO Richard N Coffman Roth IRA**
**27 Benthaven Isle**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Charles Schwab & Co., Inc.**
**FBO Brett Tanimoto IRA 6957-1249**
**373 La Perle Ln**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Charles Schwab & Co., Inc.**
**FBO Michael Dennis Finan IRA 41668554**
**636 18th Ave NE**
**St. Petersburg, FL 33704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Charles Schwab & Co., Inc. , Custodian**
**Stephen G L Bozick charles Schwab**
**& Co Inc Custroth Contributory IRA**
**4707 Preston-Fall City Rd SE**
**Fall City, WA 98024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Charles Schwab and Company**
**CFBO Bruce Wiseman IRA19336681**
**3221 Stonecrop Ln**
**Bellingham, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Charles Schwab FBO**
**Harry Aldrich IRA Account #5681-9939**
**8880 SW Rosewood Way**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**                                          Case number (if known) _____
_____
          Name

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charles Schwab FBO Beryl F. Sachs**
**8315 Burning Wood Rd.**
**Baltimore, MD 21208**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charles Schwab FBO David Nielsen 6680-42**
**68 W 620 S**
**Orem, UT 84058**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Chay Yad LLC**
**171 S Fuller Ave**
**Los Angeles, CA 90036**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Chehalem Pacific Ventures LLC**
**16150 SW Upper Boones Ferry Rd**
**Portland, OR 97224**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cheryl L Lowman**
**25586 Little Springs Rd**
**Calhan, CO 80808**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cheryl Morgan**
**610 Beragio Dr.**
**Alpharetta, GA 30004**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
         Name

| | |
|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** |

**3.119**

**Nonpriority creditor's name and mailing address**
**Chirag Bhavsar**
**1503 S Summerlin Ave**
**Orlando, FL 32806**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120**

**Nonpriority creditor's name and mailing address**
**Chiwi LLC**
**17 Tamborine St**
**Mermaid Beach, QLD 4218**
**AUSTRALIA**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121**

**Nonpriority creditor's name and mailing address**
**Chris & Pam Altig**
**3407 North Columbia Circle**
**Spokane, WA 99205**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122**

**Nonpriority creditor's name and mailing address**
**Chris and Pamela Altig**
**3407 North Columbia Circle**
**Spokane, WA 99205**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123**

**Nonpriority creditor's name and mailing address**
**Chris Bales & Stephanie Bales**
**4466 Panthera Leo Dr**
**Carmel, IN 46074-4412**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124**

**Nonpriority creditor's name and mailing address**
**Chris King**
**7130 Calabria Place**
**Dublin, OH 43016**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Chris McMann**
**830 White Pine Cir**
**Robins, IA 52328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Chris Ritchie**
**92 S Dawson Ave**
**Columbus, OH 43209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christopher J Nelson and Barbara J Nelso**
**Trustees under the Nelson Family Trust**
**Agreement dated August 20 1998**
**7175 Whispering Creek Ct**
**Shingletown, CA 96088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christy Ulbrich**
**15710 Highwood Dr.**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Clarity Capital, LLC**
**519 Live Oak Ln**
**Weston, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Clark and Caroline Hunt FA GP**
**9649 S. Via Vaquero**
**Hereford, AZ 85615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**                                    Case number (if known)  _____
          Name

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Clear Capital LLC**
**2700 Central Rd**
**Glenview, IL 60025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Clint Follette**
**3621 Amherst St**
**Houston, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,619.75** |

**Cogency Global Inc**
**PO Box 3168**
**Hicksville, NY 11802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor - Registered Agent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Commercial Partnerships, LLC**
**1338 Grand Ave #314**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Community National Bank, Cust. FBO:**
**Brain Scott Kelley, Roth IRA # 3062349**
**5513 NW Harney St.**
**Vancouver, WA 98663**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Confluence Capital Management, LLC**
**PO Box 78388**
**St Louis, MO 63178**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
Name

Case number (if known)

---

| 3.137 | **Nonpriority creditor's name and mailing address**<br>**Cor3 Capital LLC**<br>**10190 Katy Fwy**<br>**Houston, TX 77043** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address**<br>**CoStar Realty Information, Inc.**<br>**P.O. Box 791123**<br>**Baltimore, MD 21279-1123** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$11,688.50** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor - Software as a service for Real Estate**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address**<br>**COW Baltimore Conversion LLC**<br>**2002 Coffee Pot Boulevard NE**<br>**St Petersburg, FL 33704** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address**<br>**Craig Smith**<br>**405 W Gandy St**<br>**Denison, TX 75020** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address**<br>**Creative1 LLC**<br>**75 N Woodward Ave Unit 87702**<br>**Tallahassee, FL 32313** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address**<br>**Crown Properties Missouri, LLC**<br>**9127 Bluff Hollow Ct**<br>**Dallas, TX 75220** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00** |
|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fairway America, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Crystal Investments, LLC**
**PO Box 53**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Culhane Family Revocable**
**Trust dated 12/16/1999**
**6215 Strada Fragante**
**Rancho Santa Fe, CA 92091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cum Laude Concepts, LLC**
**3 Crocus Hill**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Curtis Hugo**
**16401 NE 95th St**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Daedalus Enterprises LLC**
**15701 Larch Way**
**Lynnwood, WA 98087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Dale Helling & Joelene M Helling**
**5608 Pommel Place**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Fairway America, LLC**
_____
Name

Case number (if known) _____

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Matthews**
**90087 Cape Arago Hwy**
**Coos Bay, OR 97420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel G. McAuley Jr. and**
**Jacqueline M. McAuley**
**21 Rowe Hill Rd**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Janoff**
**2437 S Military Rd**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daniel Norville**
**2260 E Imperial Hwy**
**Suite 700**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danish Rashed**
**1400 Village Sq Blvd**
**Unit 3-87702**
**Talahassee, FL 32312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dany Namou**
**29322 Hoover Rd**
**Warren, MI 48093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
         Name

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Daren & Louise Shaw Trust**
**1848 N. Estates Dr.**
**WASHINGTON, UT 84780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darlene Acker &  Robert Acker**
**1740 N Marshfield Ave, Unit 17**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Davani Enterprises**
**10697 NW Valley Vista Rd**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David & Anita Jensen**
**10697 Northwest Valley Vista Road**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David & Lynne Barra**
**628 Clara Ct**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David and Kimberly Roth**
**127 N Hunters Crossing Cir**
**The Woodlands, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Fairway America, LLC**                                   Case number (if known) _____
        Name

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David Blitz**
**12 Ogden Avenue**
**East Williston, NY 11596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David Hayes**
**537 Chisholm Trail**
**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David J. Barra Revocable Trust**
**dated April 26, 2018**
**628 Clara Ct**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David John Williamson**
**12441 E Camino Del Garanon**
**Tucson, AZ 85747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David Liu**
**3101 Gaylord Pkwy #719**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David S. Brokaw & Christine O. Brokaw**
**5511 E Pleasant Run Parkway South Dr**
**Indianapolis, IN 46219-5826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 31 of 140**

Debtor   **Fairway America, LLC**
Name

Case number (if known)

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**David Symes**
**39725 SE Kubitz Road**
**Sandy, OR 97055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**David Van Meter**
**746 Holden Road**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Dawn LaRae Burk Revocable Trust**
**16150 SW Upper Boones Ferry Rd**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DBennett Solo 401K Trust**
**116 Vendola Drive**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DEB CAPITAL LLC.**
**804 Brookwood Rd**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Deborah and Don Shaffer**
**300 Riverview Dr**
**Ridgefield, WA 98642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Fairway America, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** |

**Dennis Byrd**
**PO Box 8007**
**Galveston, TX 77553**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** |

**Diane Carlson**
**10210 Bent Creek Ct**
**Fishers, IN 46037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** |

**Diane R Freres Living Trust**
**PO Box 451**
**Stayton, OR 97383**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** |

**Digital trust FBO:**
**Tudor Stiharu ROTH IRA**
**1410 W Minnehaha Pkwy**
**Minneapolis, MN 55419**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** |

**Directed Trust Company**
**FBO  Regina Miranda IRA #7773142**
**7601 Cranford Ct**
**Arlington, TX 76001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** |

**Directed Trust Company**
**FBO Mario Miranda IRA  #4310771**
**7601 Cranford Ct**
**Arlington, TX 76001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**                                     Case number (if known)  _____
            Name

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Divya Nettimi**
**400 Park Avenue S #PH2**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Don & Tami Davies**
**Po Box 29**
**Ridgefield, WA 98642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Donald Bechen, Trustee of the**
**Donald Bechen Trust u/a/d May 2, 2014**
**9120 NE Vancouver Mall Loop, Ste 225**
**Vancouver, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Donn and Debra Harvey**
**30500 SE 58th Street**
**Preston, WA 98050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dorman-Granholm Trust**
**521 Kolohala Dr**
**Kula, HI 96790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Douglas A. Smith Revocable Trust**
**6106 Squire Ln**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                   Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** |
| | **Douglas and Cheryl J. Morgan** |

**Douglas and Cheryl J. Morgan**
**610 Beragio Dr.**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Douglas and Susan Reynolds Family Trust**
**36638 N 105th Way**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Douglas DuVal**
**411 Walnut Street**
**#12385**
**GREEN COVE SPRINGS, FL 32043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Douglas W. Reynolds and Susan B Reynolds**
**36638 N 105th Way**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dream Fund Investments LLC**
**382 S Cleveland Ave**
**Hagerstown, MD 21783**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dwight Doss**
**217 Two Rivers Rd**
**Salida, CO 81201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Fairway America, LLC**                                          Case number (if known) _____
_____
Name

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

3.191 | **Nonpriority creditor's name and mailing address**
**Edward  Bernstein**
**5 Pleasant Plains Rd**
**Basking Ridge, NJ 07920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.192 | **Nonpriority creditor's name and mailing address**
**Edward Goldberg**
**3046 Ainslie C**
**Boca Raton, NY 33434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.193 | **Nonpriority creditor's name and mailing address**
**Edward Goldberg Revocable Trust**
**3046 Ainslie C**
**Boca Raton, NY 33434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.194 | **Nonpriority creditor's name and mailing address**
**Edward J Byrnes**
**11 Bedford St**
**Burlington, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.195 | **Nonpriority creditor's name and mailing address**
**Eli J Soroudi**
**506 N Maple Dr**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.196 | **Nonpriority creditor's name and mailing address**
**Elizabeth J. Holmes, Trustee of**
**the EJH 2015 Trust dated November 4, 201**
**2103 Amherst St**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
Name

Case number (if known)

---

**3.197** | **Nonpriority creditor's name and mailing address**
**Elizabeth Skalak and William Skalak JTWR**
**1619 E El Camino Drive**
**Phoenix, AZ 85020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**
**Emily Grimes**
**109 W Drewry Ln**
**Raleigh, NC 27609**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**
**Emma Stubblefield Hays Revocable Trust**
**17464 SW Kinglet Dr**
**Sherwood, OR 97140**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address**
**Equity Trust Company CFBO**
**Dr Rudolph Francis Acct #Z112698**
**P.O. Box 330967**
**Nashville, TN 37203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address**
**Equity Trust Company Custodian**
**FBO Mark Proia IRA**
**3017 NE 43rd Ave**
**Portland, OR 97213**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address**
**Equity Trust Company Custodian**
**FBO 200245249, CESA**
**1338 Grand Ave #314**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**
Name

Case number (if known)

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Equity Trust Company Custodian
FBO Omri Bahat IRA Account # 200369930
2855 E Lakeridge Shores
Reno, NV 89519**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Equity Trust Company Custodian
FBO Robert W. Acker IRA #200155727
1740 N Marshfield Ave, Unit 17
Chicago, IL 60622**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Equity Trust Company Custodian
FBO Robert Bolton IRA 200434582
4408 E 40th Ave
Spokane, WA 99223**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Equity Trust Company Custodian
FBO Diana Mayo Roth IRA
P.O. Pox 392
Edwardsville, IL 62025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Equity Trust Company Custodian
FBO Pedro Perolini IRA
519 Live Oak Ln
Weston, FL 33327**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Equity Trust Company Custodian
FBO Tara Reck IRA
2855 E Lakeridge Shores
Reno, NV 89519**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor **Fairway America, LLC**
_____ Case number (if known) _____
Name

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Equity Trust Company Custodian**
**FBO 200245248, CESA**
**1338 Grand Ave #314**
**Glenwood Springs, CO 81601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Equity Trust Company Custodian**
**FBO Kathleen Stewart IRA #200262826**
**PO Box 2995**
**Capistrano Beach, CA 92624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Equity Trust Company, Custodian**
**FBO: Jim Patricelli, Account 410034**
**29 Spinosa**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Eric David**
**37 Drakewood Ln**
**Novato, CA 94947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Eric H Nova**
**131 Ocean Grande Blvd, #306**
**Jupiter, FL 33477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Eric Hoffer**
**15 Wakefield Pasture Rd**
**Kennebunkport, ME 04046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**          Case number (if known) _____
          _____
          Name

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eric S Ginsburg and Karen M Ginsburg Revocable Trust**
**7215 E Silverstone Dr Apt 2010**
**Scottsdale, AZ 85255-4963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eric S Hsieh and Doris S Hsieh AB Living**
**21379 Armilla Cir**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eric S. and Doris S. Hsieh**
**21379 Armilla Circle**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Eugene Eydlin**
**8 Harris Pl**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Evelyn and Jonathan McCall**
**1070 NW Katsules Pl**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**F. Fee Stubblefield Irrevocable Children**
**21200 SE Old Bethel Rd**
**Amity, OR 97101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Fairway America, LLC**

Case number (if known) _____

Name

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Fairway America Management Group III, LL**
**16150 SW Upper Boones Ferry Rd**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Fairway America Self-Storage, Inc.**
**16150 SW Upper Boones Ferry Rd**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Fairway America Value-Add Self-Storage F**
**6650 SW Redwood Lane Ste 290**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Fairway Bamboo GP Fund LLC**
**16150 SW Upper Boones Ferry Rd**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Fairway Vivo GP Fund LLC**
**PO Box 23099**
**Tigard, OR 97281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?　■ No　☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Fancho Fee Stubblefield, Jr.**
**and Julie P. Stubblefield Revocable**
**Living Trust U/D/T May 13, 2016**
**21200 SE Old Bethel Rd**
**Amity, OR 97101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?　■ No　☐ Yes

---

Debtor    **Fairway America, LLC**
Name

Case number (if known) _____

---

| 3.227 | **Nonpriority creditor's name and mailing address**<br>**FBH Investors, LP (Ricci)**<br>**PO Box 220255**<br>**El Paso, TX 79913** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address**<br>**FBH Investors, LP 401 (k) Plan d/b/a CMR**<br>**4150 Rio Bravo Drive, Suite 245**<br>**El Paso, TX 79902** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address**<br>**Federico Serrano**<br>**4276 Graham Ct**<br>**Boulder, CO 80305** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address**<br>**Findley Living Trust**<br>**9401 NE 189th Circle**<br>**Battle Ground, WA 98604** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address**<br>**First Clearing Corporation FBO**<br>**Frank W. Ballard Family Trust #18670165**<br>**2068 Bear Ridge Cove**<br>**Draper, UT 84020** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address**<br>**Fixed Fee IT**<br>**8905 SW Nimbus Ave, Suite 150**<br>**Beaverton, OR 97008-4038** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,069.90** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor - IT Services**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page  42 of 140**

Debtor **Fairway America, LLC**
Name

Case number (if known)

---

3.233 | **Nonpriority creditor's name and mailing address**
**Forge Trust Co CFBO**
**Rebecca Ann Bertram IRA**
**533 Willow Glen Ct.**
**Camarillo, CA 93012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.234 | **Nonpriority creditor's name and mailing address**
**Forge Trust Co.**
**CFBO: Steven Bertram IRA 567644**
**219 Via Ricardo**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.235 | **Nonpriority creditor's name and mailing address**
**Forge Trust Co.**
**CFBO Alan Hamilton #IRA782646**
**11214 NW 4th Court**
**Vancouver, WA 98685**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.236 | **Nonpriority creditor's name and mailing address**
**Forge Trust Co.**
**CFBO Michael A. Grassmueck IRA #479743**
**&**
**Michael A. Grassmueck IRA #479755**
**16641 SW 90th Place**
**Tigard, OR 97224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.237 | **Nonpriority creditor's name and mailing address**
**Forge Trust Co.**
**CFBO Ryan Parson IRA Acct #IRA714574**
**1338 Grand Ave #314**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.238 | **Nonpriority creditor's name and mailing address**
**Forge Trust Co.**
**CFBO Jeffrey Ginsberg Acct# IRA463395**
**121 Hyacinth Lane**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**                                    Case number (if known) _____
          Name

---

3.239  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
       **Forge Trust Co.**                                     ☐ Contingent
       **CFBO Sharon Clasen IRA 577972**                       ☐ Unliquidated
       **12 Bluestem Ln**                                      ☐ Disputed
       **Santa Rosa Beach, FL 32459**
       Date(s) debt was incurred _                             Basis for the claim:  **Precautionary - Potential claims relating to**
                                                               **investments**
       Last 4 digits of account number _
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.240  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
       **Forge Trust Co.**                                     ☐ Contingent
       **CFBO Donald Jung IRA 817764**                         ☐ Unliquidated
       **398 Palomar Drive**                                   ☐ Disputed
       **Daly City, CA 94015**
       Date(s) debt was incurred _                             Basis for the claim:  **Precautionary - Potential claims relating to**
                                                               **investments**
       Last 4 digits of account number _
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.241  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
       **Forge Trust Co.**                                     ☐ Contingent
       **CFBO Gordon Harris IRA 627215**                       ☐ Unliquidated
       **539 2nd St**                                          ☐ Disputed
       **Lake Oswego, OR 97034**
       Date(s) debt was incurred _                             Basis for the claim:  **Precautionary - Potential claims relating to**
                                                               **investments**
       Last 4 digits of account number _
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.242  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
       **Forge Trust Co.**                                     ☐ Contingent
       **CFBO Peter V Kuhn IRA 727787**                        ☐ Unliquidated
       **10421 E Celestial Dr**                                ☐ Disputed
       **Scottsdale, AZ 85262**
       Date(s) debt was incurred _                             Basis for the claim:  **Precautionary - Potential claims relating to**
                                                               **investments**
       Last 4 digits of account number _
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.243  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
       **Forge Trust CO.**                                     ☐ Contingent
       **CFBO Penny M. Shelton #IRA242081**                    ☐ Unliquidated
       **1417 Keeneland Hill Dr**                              ☐ Disputed
       **Aledo, TX 76008**
       Date(s) debt was incurred _                             Basis for the claim:  **Precautionary - Potential claims relating to**
                                                               **investments**
       Last 4 digits of account number _
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.244  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
       **Forge Trust Co.**                                     ☐ Contingent
       **CFBO Michael Nunan #IRA566342**                       ☐ Unliquidated
       **1504 Dillard Court**                                  ☐ Disputed
       **Brentwood, TN 37027**
       Date(s) debt was incurred _                             Basis for the claim:  **Precautionary - Potential claims relating to**
                                                               **investments**
       Last 4 digits of account number _
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.245 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Forge Trust Co.**
**CFBO Robert K. Hoye IRA405930**
**2250 Walgra Meadows Circle**
**Meadow  Vista, CA 00957-5225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| | |
|---|---|
| 3.246 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Forge Trust Co.**
**FBO Fairway America Fund VI LLC**
**PO Box 23099**
**Portland, OR 97224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| | |
|---|---|
| 3.247 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Forge Trust Co.**
**FBO Fairway America Fund VIIQP LP**
**PO Box 23099**
**Tigard, OR 97281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| | |
|---|---|
| 3.248 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Forge Trust Co. CFBO**
**Chris Falk Roth IRA #UAN093282**
**324 S Beverly Dr**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| | |
|---|---|
| 3.249 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Forge Trust Co. CFBO**
**Peter Kuhn Traditional IRA**
**10421 E Celestial Dr**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| | |
|---|---|
| 3.250 | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Forge Trust Co. CFBO**
**David Bennett #IRA813308**
**116 Vendola Dr**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Fairway America, LLC**                                              Case number (if known) _____
_____
Name

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO**
**Randolph Petschauer #IRA820684**
**2464 Frederick Court**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Bob J Heffington IR**
**14137 Wamblee Trail**
**Conifer, CO 80433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Curtis**
**Lee Hugo IRA794259 26-2627205**
**16401 NE 95th St**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Dennis Schmal #IRA7**
**350 Bryan Dr**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Deschutes**
**Income Opportunity Fund, LP PFC001016**
**200 SW Market St**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO John B Maitland #IR**
**654 Chaparral Circle**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor    **Fairway America, LLC**                              Case number (if known) _____
               Name

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Kelly W. Cassidy IR #IRA701142**
**4520 NE 24th Ave**
**Vancouver, WA 98663**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Kimberly Terrell #I**
**300 NW 8th Ave**
**Portland, OR 97209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Larry Briggs IRA832**
**25995 SW Vanderschuere Rd**
**Hillsboro, OR 97123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Robert**
**Joseph Clancey, Jr #IRA781976**
**861 Tumble Grass Ct SE**
**Cedar Rapids, IA 52403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Russell Ginsberg IR**
**H2 Shirley Lane**
**Lawrenceville, NJ 08648**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Forge Trust Co. CFBO Sharon Clasen IRA 5**
**12 Bluestem Ln**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**                                            Case number (if known) _____
_____
Name

---

3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Forge Trust Co. CFBO Tracey Lea Hugo**
**IRA794260 26-2627205**
**16401 NE 95th St**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Forge Trust Co. CFBO: Baychem Inc 401K P**
**FBO Jaleh Arabian-Khoshkhou SFK011034**
**609 Price Avenue #208**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Forge Trust Co. CFBO: John Skalak IRA778**
**& John Skalak IRA778357**
**25309 Nuthatch Ln**
**Custer, SD 57730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Forge Trust Co. CFBO: Robert Bassett**
**IRA774819 Tax ID: 26-2627205**
**134 Camden Ct**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Forge Trust Co. FBO**
**Fairway America Fund VII LP**
**Tigard, OR 97281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Forge Trust Co.,**
**CFBO Doris S. Hsieh IRA #730580 & 730559**
**21379 Armilla Circle**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
         Name

| | |
|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Forge Trust Co.,**
**CFBO Eric S Hsieh IRA #730567 & #730555**
**21379 Armilla Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.270 **Nonpriority creditor's name and mailing address**
**Forrest Michael Brault Trust**
**319 Haven Rd**
**Jacksonville, OR 97530**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.271 **Nonpriority creditor's name and mailing address**
**Foxwood LLC**
**2651 E Vallejo Ct**
**Gilbert, AZ 85298**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.272 **Nonpriority creditor's name and mailing address**
**Frank Fonseca**
**6901 sw 96 st**
**miami, FL 33156**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.273 **Nonpriority creditor's name and mailing address**
**Freedom Financial Funding Corporation**
**401(K) Profit Sharing Plan&Trust**
**16495 Greenhorn Rd**
**Grass Valley, CA 95945**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.274 **Nonpriority creditor's name and mailing address**
**Gary L. and Camille K. Harris**
**7000 NW Danube Dr**
**Madras, OR 97741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                     Case number (if known) _____
         _____
         Name

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gautieri-Schlappich Living Trust**
**16 Brookwood Rd**
**Asheville, NC 28804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gay K. MacLellan, Trustee of**
**The Robert MacLellan Marital Trust**
**PO Box 61467**
**Vancouver, WA 98666**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gayle Morgan**
**103 Alexander Avenue**
**Snowmass, CO 81654**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gayle Morgan Armytage Revocable Trust**
**103 Alexander Ave**
**Snowmass, CO 81654**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gaylen C & Dana C Garrett**
**15760 SW Galena Way**
**Beaverton, OR 97007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gellert Dornay**
**8904 SE 45th St**
**Mercer Island, WA 98040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Gene Goldstein & Cynthia Serafini**
**9516 E. Ventaso Circle**
**Tucson, AZ 85715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.282 **Nonpriority creditor's name and mailing address**
**Geneveive Ann Moyes Defined Benefit Plan**
**80335 VIA PONTITO**
**LA QUINTA, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.283 **Nonpriority creditor's name and mailing address**
**Genevieve Ann Moyes 401K Profit**
**Sharing Plan Genevieve Ann Moyes TTEE**
**PO Box 1721**
**La Quinta, CA 92247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.284 **Nonpriority creditor's name and mailing address**
**Geomak, LLC**
**6909 Bridgland Lane**
**Tacoma, WA 98407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.285 **Nonpriority creditor's name and mailing address**
**George and Nevine Makari**
**6909 Bridgeland Lane**
**Tacoma, WA 98407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.286 **Nonpriority creditor's name and mailing address**
**George Godik &  Anna Godik**
**6214 24th Ave PH3**
**Brooklyn, NY 11204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Fairway America, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.287 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**George Higdon and Linda Higdon**
**8753 Rosebrook Ct**
**Florence, KY 41042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.288  **Nonpriority creditor's name and mailing address**
**George Makari**
**6909 Bridgland Lane**
**Tacoma, WA 98407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.289  **Nonpriority creditor's name and mailing address**
**George Sparks Jr.**
**2617 Legends Way, Suite 100**
**Crestview Hills, KY 41017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.290  **Nonpriority creditor's name and mailing address**
**Gitt Family Trust dated January 22, 1988**
**889 Mission Creek Drive**
**Palm Desert, CA 92211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.291  **Nonpriority creditor's name and mailing address**
**Glenn R Jackson and Joel Lynn Jackson**
**Revocable Living Trust**
**6705 Horsemans Canyon Dr**
**Walnut Creek, CA 94595**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.292  **Nonpriority creditor's name and mailing address**
**Glide Slope Ventures**
**5331 S Macadam Ave, Ste 330**
**Portland, OR 97239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **Fairway America, LLC**                                    Case number (if known) _____
_____
Name

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Golden Leaf Investments LLC**
**400 Gilbert St**
**Charles City, IA 50616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.294
**Nonpriority creditor's name and mailing address**
**Gordon Harris**
**539 2nd St**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.295
**Nonpriority creditor's name and mailing address**
**Govan Patel Single Life Insurance Trust**
**10365 SW 58th Street**
**Miami, FL 33173-2834**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.296
**Nonpriority creditor's name and mailing address**
**Grace52, LLC**
**6405 Deerings Ln**
**Norcross, GA 30092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.297
**Nonpriority creditor's name and mailing address**
**Great House 28, LLC**
**20860 N Tatum Blvd Suite 300**
**Phoenix, AZ 85050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.298
**Nonpriority creditor's name and mailing address**
**Green Orchard Investments LLC**
**H2 Shirley Lane**
**Lawrenceville, NJ 08648**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.299 **Nonpriority creditor's name and mailing address**<br>**Greg Anderson**<br>**9705 SE Evergreen Hwy**<br>**Vancouver, WA 98664**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.300 **Nonpriority creditor's name and mailing address**<br>**Gregory Flinn Habib**<br>**110 Registry Ln**<br>**Baden, PA 15005**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.301 **Nonpriority creditor's name and mailing address**<br>**Gregory Schenk**<br>**2251 Montague Ct**<br>**Columbus, OH 43220**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.302 **Nonpriority creditor's name and mailing address**<br>**Gretchen Johnson**<br>**2323 NW Johnson**<br>**Portland, OR 97210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.303 **Nonpriority creditor's name and mailing address**<br>**Grow Ventures LLC**<br>**4244 Drew Ave S**<br>**Minneapolis, MN 55410**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.304 **Nonpriority creditor's name and mailing address**<br>**Gulf Capital Investments LLC**<br>**2200 Market St Ste 412**<br>**Galveston, TX 77550**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor     **Fairway America, LLC**                                              Case number (if known) _____
           Name

| | |
|---|---|
| 3.305 | |

**Nonpriority creditor's name and mailing address**
**H.L. Heckman & Jennifer P. Heckman**
**2241 Greer Rd**
**Palo Alto, CA 94303**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.306 | |

**Nonpriority creditor's name and mailing address**
**Hale Real Estate LLC**
**1837 Shepard Ln**
**Lake Point, UT 84074**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.307 | |

**Nonpriority creditor's name and mailing address**
**Hali F. Grauvogel Revocable Trust**
**561 Shelter Glen Ct**
**Lebanon, OH 45036**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.308 | |

**Nonpriority creditor's name and mailing address**
**Hamilton Moore**
**1205 Kingsway Rd SE**
**Huntsville, AL 35802**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.309 | |

**Nonpriority creditor's name and mailing address**
**Haresh Ved**
**16834 SE 58th PL**
**Bellevue, WA 98006**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.310 | |

**Nonpriority creditor's name and mailing address**
**Hari Potaraju &  Neeraja Surumpudi**
**4782 Oyster Bay Dr**
**San Jose, CA 95136**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**                                     Case number (if known) _____
_____
          Name

| | |
|---|---|
| 3.311 | **Nonpriority creditor's name and mailing address** |

**Harris-Cornwall Living Trust**
**24511 Rodeo Flat Rd**
**Auburn, CA 95602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.312 | **Nonpriority creditor's name and mailing address** |

**Harry and Sheila Dye**
**23511 53rd Ave SE**
**Bothell, WA 98021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.313 | **Nonpriority creditor's name and mailing address** |

**Hassler Farm Investments LLC**
**145 Ashbourne Rd**
**Columbus, OH 43209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.314 | **Nonpriority creditor's name and mailing address** |

**HCRC Holdings, LLC**
**245 Laurel Road**
**Lexington, SC 29073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.315 | **Nonpriority creditor's name and mailing address** |

**Henzel Law Offices**
**2215 SE Harrison Street**
**Milwaukie, OR 97222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$3,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor - Legal Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.316 | **Nonpriority creditor's name and mailing address** |

**Heritage Chesapeake, LLC**
**123 Prospect St**
**Ridgewood, NJ 07450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
       Name

Case number (if known) _____

| | |
|---|---|
| 3.317 | |

**3.317** **Nonpriority creditor's name and mailing address**
**Heritage Multi-Sector Fund I, LLC**
**PMB 314 4939 W. Ray Road, Suite 4**
**Chandler, AZ 85226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** **Nonpriority creditor's name and mailing address**
**Holthouser Family Trust**
**5200 Long Island Dr NW**
**Atlanta, GA 30327**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** **Nonpriority creditor's name and mailing address**
**Howard Revocable Trust**
**1905 NE 16th Ave Apt 4**
**Portland, OR 97212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** **Nonpriority creditor's name and mailing address**
**Huber Equity Group LLC**
**1830 E Broad St**
**Columbus, OH 43203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** **Nonpriority creditor's name and mailing address**
**Hugh Davies**
**777 Brickell Avenue,#500-90268**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** **Nonpriority creditor's name and mailing address**
**Hugo Living Trust**
**16401 NE 95th St**
**Vancouver, WA 98682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
_____
    Name

| | |
|---|---|
| 3.323 | **Nonpriority creditor's name and mailing address**<br>**ICAN Management, LLC**<br>**PO Box 3385**<br>**Industry, CA 91744-0385** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| 3.324 | **Nonpriority creditor's name and mailing address**<br>**Igor Kertzman**<br>**33 Baldwin St.**<br>**Pennington, NJ 08534** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| 3.325 | **Nonpriority creditor's name and mailing address**<br>**Improve RX, LLC**<br>**12180 S 300 E Suite #1752**<br>**Draper, UT 84020** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| 3.326 | **Nonpriority creditor's name and mailing address**<br>**Inspira Financial**<br>**FBO Sonia D. Pylarinos IRA 633H5**<br>**911 Busse Hwy, Apt 204**<br>**Park Ridge, IL 60068** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| 3.327 | **Nonpriority creditor's name and mailing address**<br>**Inspira Financial FBO Robert Horn IRA #2**<br>**18540 Moontown Rd**<br>**Noblesville, IN 46062** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address**<br>**Inspira Financial Trust**<br>**FBO Thomas M Preiser IRA**<br>**1181 Horizon Rd**<br>**Venice, FL 34293** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
   Name

---

3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Inspira Financial Trust, LLC**
**FBO David C. Kehlenbrink Inspira IRA #26**
**5244 Boardwalk Pl**
**Indianapolis, IN 46220-5384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Inspira Financial Trust, LLC**
**FBO William R. Fraser IRA**
**6746 Letterman Dr**
**Powell, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Inspira Financial Trust, LLC**
**FBO David E Roth IRA 11079-21**
**127 N Hunters Crossing Cir**
**Spring, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Inspira Financial Trust, LLC**
**FBO Mark A Crubaugh IRA#2876011**
**1678 S Zephyr Ct**
**Lakewood, CO 80232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Inspira Financial Trust, LLC**
**FBO Kehlenbrink/Lawrence/Pauckner**
**PSP&T FBO David C. Kehlenbrink**
**5244 Boardwalk Pl**
**Indianapolis, IN 46220-5384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Integrity DRI, LLC**
**3074 Avondale Ave**
**The Villages, FL 32163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.335 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$0.00** |
| **IRA Financial Trust CFBO Christopher Ben** | ☐ Contingent |
| **13225 Stone Canyon Road** | ☐ Unliquidated |
| **Poway, CA 92064** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.336 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$0.00** |
| **IRA Financial Trust Company** | ☐ Contingent |
| **CFBO  Nancy A. Benbow** | ☐ Unliquidated |
| **13225 Stone Canyon Rd** | ☐ Disputed |
| **Poway, CA 92064** | |
| Date(s) debt was incurred _ | Basis for the claim: **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.337 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$0.00** |
| **IRA Financial Trust Company** | ☐ Contingent |
| **CFBO Nancy Benbow** | ☐ Unliquidated |
| **13225 Stone Canyon Rd** | ☐ Disputed |
| **Poway, CA 92064** | |
| Date(s) debt was incurred _ | Basis for the claim: **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.338 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$0.00** |
| **IRA Resources FBO Steven R Sixberry** | ☐ Contingent |
| **Acct 35-38017** | ☐ Unliquidated |
| **5151 Milagro Ct** | ☐ Disputed |
| **SPARKS, NV 89436** | |
| Date(s) debt was incurred _ | Basis for the claim: **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.339 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$0.00** |
| **J Scott Eckels** | ☐ Contingent |
| **1688 Keller Ln** | ☐ Unliquidated |
| **Williamstown, WV 26187** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.340 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$0.00** |
| **Jacobs Family Trust** | ☐ Contingent |
| **585 SE Andover Pl** | ☐ Unliquidated |
| **Portland, OR 97202** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Fairway America, LLC**
Name

Case number (if known) _____

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jaime Uribarri**
**360 East 72nd Street, A409**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jalyse Corporation**
**3225 McLeod Dr**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James and Debra Sippl**
**113 Warwick Hills Dr**
**Naples, FL 34113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James B Freedman Living Trust dated 10/7**
**142 S Canyon View Drive**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Daly**
**1156 Stone Rd**
**Pearland, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Ferguson**
**1918 Alameda Terrace**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to__ __investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Fairway America, LLC**                                          Case number (if known) _____
        Name

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James H. Frank**
**1315 SW Kari Ln**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James R. Powell Trust**
**11001 SE 18th St**
**Vancouver, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jane Acker**
**1746 N California Ave Apt 2**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jane Spears**
**2044 Peachtree Ln**
**Wichita Falls, TX 76308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jared Zeisler**
**362 Greenwood Court**
**Villanova, PA 19085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jason Hubbard**
**407 W Cowan**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Fairway America, LLC**
Name

Case number (if known)

---

3.353   **Nonpriority creditor's name and mailing address**
**Jason Medley**
**1804 W Bearss Ave**
**Tampa, FL 33613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.354   **Nonpriority creditor's name and mailing address**
**Jason Mitsky**
**01030 SW Palatine Hill Rd**
**Portland, OR 97219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.355   **Nonpriority creditor's name and mailing address**
**Jason Schlueter**
**1415 N Wooded Lk Dr**
**Ludington, MI 49431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.356   **Nonpriority creditor's name and mailing address**
**Jaspreet Singh & Avneet Kaur**
**204 10TH ST, Apt 409**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.357   **Nonpriority creditor's name and mailing address**
**Jay and Shanis Windland**
**19612 82nd PL NE**
**Kenmore, WA 98028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.358   **Nonpriority creditor's name and mailing address**
**Jay Jorgenson and Krista Hesby**
**47 Hayfield Loop Trl**
**Ennis, MT 59729**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor    **Fairway America, LLC**                                    Case number (if known) _____
          Name

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jayson Javitz**
**1790 Saltaire Place #18**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JBNNBJ LLC**
**12457 S Edgecliff Rd**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jefferson Rahill 401(k) Plan**
**1200 Glorietta Blvd.**
**Coronado, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jeffrey Ginsberg**
**121 Hyacinth Lane**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jeffrey Meierhofer**
**104 E 600 S #201**
**Heber, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jennifer Erian**
**300 SW Hatteras Ct**
**Palm City, FL 34990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Erian Revocable Trust dated 13**
**300 SW Hatteras Ct**
**Palm City, FL 34990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jeremy Harrison**
**33 Bond St, APT 2022**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jerry G. Lear and Julieann W. Lear,**
**as Co-Trustees of the Lear Revocable**
**Trust U/T/A dated July 19, 2017**
**1125 NE Watt Way**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**JGG Adventures, LLC**
**39 W SPANISH MAIN ST**
**TAMPA, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jiaye Shen**
**7715 kew forest ln**
**FOREST HILLS, NY 11375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**JJH, LLC**
**100 Front Street Ste 940**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

---

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JKAM Diversified RE Fund LLC**
**64 Condado Ave Ste 702**
**San Juan, PR 00907**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JMRM, LLC**
**1920 Midland Ave**
**Glenwood Springs, CO 81601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joel Lowman**
**25586 Little Springs Rd**
**Calhan, CO 80808**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John and Corinna Anthenien**
**18 Southwaite Ct**
**Orinda, CA 94563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John B. Maitland, Jr. Trust dated July 1**
**654 Chaparral Circle**
**Napa, CA 94558**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John Beale**
**11133 Hannah Jane Dr**
**Fowlerville, MI 48836**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**                                  Case number (if known) _____
          _____
          Name

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**John Charles Robinson and**
**Sally Smith Robinson, Trustees of the Ro**
**Revocable Trust Dated July 21, 1992**
**187 Crest Road**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**John Christman**
**3094 Portside Ln**
**DENVER, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**John Heil**
**416 S I Oka Ave.**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**John Hoskins**
**11671 East Buckskin Trail**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**John P. Skalak as Trustee of the Skalak**
**Benincasa Family Trust dated February 6,**
**25309 Nuthatch Ln**
**Custer, SD 57730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**John Sexton Revocable Trust**
**302 Walnut Street**
**Winnetka, IL 60093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Fairway America, LLC**
_____   Case number (if known) _____
Name

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John Skalak**
**25309 Nuthatch Ln**
**Custer, SD 57730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**John W Galbreath Ii Revocable Trust &**
**Alison B Galbreath Revocable Trust**
**U/A DTD 09/11/1998**
**925 Darby Creek Dr**
**Galloway, OH 43119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jon Shields**
**543 Main Street Apt 306**
**New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jonathan Day**
**10626 Parkwood Ct**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jonathan R. Stubblefield**
**404 3rd St. D2**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jordan Scott Rood Irrevocable Trust**
**PO Box 2350**
**The Dalles, OR 97058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Fairway America, LLC**
Name

Case number (if known)

---

| 3.389 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jordan Scott Rood Revocable Trust**
**PO Box 2350**
**The Dalles, OR 97058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joseph A. and Deidre M. Roberts**
**15701 Larch Way**
**Lynnwood, WA 98087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joseph Ibrahim**
**1831 S Summerlin Ave**
**Orlando, FL 32806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joseph Rakoski &  Sharon Rakoski**
**1315 NW Eagle St**
**Camas, WA 98607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** |
|---|---|

**JSB Real Estate, LLC**
**1475 NW 90th Ct.**
**Clive, IA 50325**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** |
|---|---|

**JT Holmes LLC**
**995 Marsh Avenue**
**Reno, NV 89509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**
_____
Name

Case number (if known)
_____

| | |
|---|---|
| 3.395 **Nonpriority creditor's name and mailing address**<br>**Julie Enzor-Wilson Family Trust**<br>**16495 Greenhorn Rd**<br>**Grass Valley, CA 95945**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Precautionary - Potential claims relating to investments</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.396 **Nonpriority creditor's name and mailing address**<br>**Jurgen W. Krehnke & Maria L. Placer**<br>**10470 Creston Dr**<br>**Los Altos, CA 94024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Precautionary - Potential claims relating to investments</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.397 **Nonpriority creditor's name and mailing address**<br>**Justin Lacombe**<br>**500 Northview Drive**<br>**Friendswood, TX 77546**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Precautionary - Potential claims relating to investments</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.398 **Nonpriority creditor's name and mailing address**<br>**Justin Lunin-Pack**<br>**318 West 52nd St PHB**<br>**New York, NY 10019**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Precautionary - Potential claims relating to investments</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.399 **Nonpriority creditor's name and mailing address**<br>**Jyoti Chawla**<br>**2686 Hamman Way**<br>**Aurora, IL 60502**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Precautionary - Potential claims relating to investments</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.400 **Nonpriority creditor's name and mailing address**<br>**Karas Investment llc**<br>**317 Trinity Ln**<br>**Oak Brook, IL 60523**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Precautionary - Potential claims relating to investments</u><br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Karas Partners LLC**
**2167 E 21st St, Ste 222**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kare LLC**
**c/o James Hart**
**5825 NE 29th Ave.**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Karen Hensley**
**2727 Diehl Rd**
**Cincinnati, OH 45211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Karl W. Siebe & Sandra A. Siebe**
**11618 Woods Bay Ln**
**Indianapolis, IN 46236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kathleen J laing Revocable Living Trust**
**1812 Dovetail Point**
**Sycamore, IL 60178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kathryn Nealis & Treesa Renee Bruce**
**20 Sawmill Creek Drive**
**Nellysford, VA 22958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fairway America, LLC**                          Case number (if known) _____
         Name

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kavitha Mangalagiri EPSP 401k**
**607 Point Loma Dr**
**Frisco, TX 75036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kayson REI, LLC**
**1510 Calveryman Ln**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Keiretsu Capital Real Estate Access Fund**
**4224 NE Halsey St**
**Portland, OR 97213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kelaby Townhomes, LLC**
**10808 SE 23rd St**
**Vancouver, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kelly W. Cassidy and Dena R. Cassidy**
**4520 NE 24th Ave**
**Vancouver, WA 98663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kenneth Blais**
**5602 Dubois Rd**
**Lakeland, FL 33811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

---

3.413 | **Nonpriority creditor's name and mailing address**
**Kim D. Burris & Valeta M. Burris**
**7875 Carmen Rene Way**
**The Villages, FL 34762**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.414 | **Nonpriority creditor's name and mailing address**
**Kimberly Terrell**
**55 N Shr Rd**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.415 | **Nonpriority creditor's name and mailing address**
**Kingdom Trust FBO Keiretsu**
**Capital Real Estate Access Fund LLC**
**4224 NE Halsey St**
**Portland, OR 97213**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.416 | **Nonpriority creditor's name and mailing address**
**Kiran Patel Revocable Living Trust**
**10365 SW 58th Street**
**Miami, FL 33173**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.417 | **Nonpriority creditor's name and mailing address**
**Kireet Reddy**
**812 25th Ave S**
**Seattle, WA 98144**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.418 | **Nonpriority creditor's name and mailing address**
**Kirk W Reinitz Trust Agreement**
**1916 Abbotsford Green Dr**
**Powell, OH 43065**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**Fairway America, LLC**__          Case number (if known) _____
  Name

| 3.419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Konstantin Orman &  Maria Orman**
**54 Lafayette Ave #A**
**Cliffside Park, NJ 07010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kowalski Family Trust**
**4525 Kingswood Dr**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**KP RAJAN**
**4081 Kinglet Ct**
**Prosper, TX 75078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Krista Hanson**
**88 Minge Cove Rd**
**Alton Bay, NH 03810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kucha Investment Company LLC**
**2609 SW Park Place**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kuhn Trust Dated April 30, 2007**
**10421 E Celestial Dr**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
          _____
          Name

| | |
|---|---|
| **3.425** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**3.425** **Nonpriority creditor's name and mailing address**

**Kurt Repke, Repke Revocable Trust**
**1965 COVE LAME**
**CLEARWATER, FL 33764**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.426** **Nonpriority creditor's name and mailing address**

**Kyle Gerber &  Alyssa Gerber**
**1039 S 400 E**
**Bluffton, IN 46714**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.427** **Nonpriority creditor's name and mailing address**

**Kylie Capital LLC**
**1320-B South Main St. #240**
**Salinas, CA 93901**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.428** **Nonpriority creditor's name and mailing address**

**Lacey Street LLC**
**5189 Lacey St N**
**Keizer, OR 97303**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.429** **Nonpriority creditor's name and mailing address**

**Lakshmi  Kommi**
**5089 Seachase St**
**San Diego, CA 92130**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.430** **Nonpriority creditor's name and mailing address**

**Lalit Malani**
**19713 Moorshire Dr**
**Cerritos, CA 90703**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
         Name

| | |
|---|---|
| 3.431 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Langton Living Trust 8/23/2000**
**c/o Marion F Langton #247**
**7755 E Laguna Azul Ave**
**Mesa, AZ 85209**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.432 **Nonpriority creditor's name and mailing address**
**Lavonne B Resnik 2015 Trust**
**1292 Hide A Way Ln**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.433 **Nonpriority creditor's name and mailing address**
**Leatherwood Holdings, LLC**
**1718 Capitol Ave**
**Suite 100**
**Cheyenne, WY 82001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.434 **Nonpriority creditor's name and mailing address**
**Lee Ritchie**
**502 S 3rd St**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.435 **Nonpriority creditor's name and mailing address**
**Len R. Merryman**
**212 Island Point Drive,**
**Medford, OR 97504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.436 **Nonpriority creditor's name and mailing address**
**Lenexa LLC.**
**75 N Woodward Ave  87702**
**Talahassee, FL 32313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**                                       Case number (if known) _____
_____
                Name

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**3.437**
**Nonpriority creditor's name and mailing address**
**Lenox1 LLC**
**75 N Woodward Ave 87702**
**Tallahassee, FL 32313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.438**
**Nonpriority creditor's name and mailing address**
**Leonard G. Garcia**
**1708 Harvest Dance Dr**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.439**
**Nonpriority creditor's name and mailing address**
**Levi Holdings NA**
**919 N Market St, Suite 950**
**Wilmington, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.440**
**Nonpriority creditor's name and mailing address**
**Lincoln Jon Mcbride**
**9 Julia Ct**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.441**
**Nonpriority creditor's name and mailing address**
**Lisa Cannon**
**8833 E Foothills Dr**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.442**
**Nonpriority creditor's name and mailing address**
**Lone Revocable Trust**
**109 Creekside Court**
**Buena Vista, CO 81211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor     **Fairway America, LLC**                                          Case number (if known) _____
           Name

| | |
|---|---|
| 3.443 **Nonpriority creditor's name and mailing address**<br>**Low Altitude LLC**<br>**2323 Risco Ln**<br>**Laughlin, NV 89029**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.444 **Nonpriority creditor's name and mailing address**<br>**LP Invest, LLC**<br>**7605 Carriage Lane**<br>**Cincinnati, OH 45242**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.445 **Nonpriority creditor's name and mailing address**<br>**LT-VP Investments**<br>**841 Lake Creek Ln**<br>**Cotopaxi, CO 81223**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.446 **Nonpriority creditor's name and mailing address**<br>**Lyndsie Currie**<br>**1781 Beckham Pl NE**<br>**Atlanta, GA 30324**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.447 **Nonpriority creditor's name and mailing address**<br>**MacGregor B Hall**<br>**200 SW Market St**<br>**Portland, OR 97201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | |
|---|---|
| 3.448 **Nonpriority creditor's name and mailing address**<br>**Mahmood Sher-Jan**<br>**12960 Sunrise Drive NE**<br>**Bainbridge Island, WA 98110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor    **Fairway America, LLC**                                           Case number (if known) _____
          Name

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mainstar Trust Custodian**
**FBO Brett Bryant IRA TW003455**
**2506 SE 125th Ave**
**Vancouver, WA 98683**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mainstar Trust Custodian**
**FBO Kenneth W. Kirk IRA #T2183541**
**16634 Round Mountain**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mainstar Trust Custodian**
**FBO Kenneth W. Kirk ROTH IRA #R2183542**
**16634 Round Mountain**
**Leander, TX 78641**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Makari 401K Plan FBO Nevine Makari**
**6909 Bridgland Lane**
**Tacoma, WA 98407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MAPLE LANE 401K TRUST**
**66 N Main St**
**Petersham, MA 01366**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Marcia Randall**
**DBA Randall Investment Group, LLC**
**Two Centerpointe Drive Ste 210**
**Lake Oswego, OR 97035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**
_____
Name

Case number (if known) _____

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

3.455 **Nonpriority creditor's name and mailing address**
**Marcia Wharton**
**P.O Box 12839**
**Mill Creek, WA 98082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.456 **Nonpriority creditor's name and mailing address**
**Marckwardt Family Trust**
**5094 Blackhawk Dr**
**Danville, CA 94506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.457 **Nonpriority creditor's name and mailing address**
**Marcus  Mamolen**
**5771 N Echo Canyon Cir**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.458 **Nonpriority creditor's name and mailing address**
**Maria McCartney, Trustee**
**of Integrity Solo 401k Trust**
**3074 Avondale Ave**
**The Villages, FL 32163**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.459 **Nonpriority creditor's name and mailing address**
**Marilyn McWilliams, Trustee of**
**the McWilliams Revocable Trust**
**under agreement dated January 16, 2008**
**1905 NE 16th #4**
**Portland, OR 97212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.460 **Nonpriority creditor's name and mailing address**
**Marin Community Foundation**
**5 Hamilton Landing  Ste 200**
**Novato, CA 94949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Fairway America, LLC**                                          Case number (if known)  _____
          _____
          Name

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mark Barzman**
**95 Golden Hinde Blvd**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mark Hanson**
**4552 Crosstimber Dr**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mark Kramer and Gia Kramer**
**Revocable Trust Dated May 11, 2005**
**201 Rue Esperanza**
**Lincoln, CA 95648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mark Matthias**
**8015 SE Evergreen Hwy**
**Vancouver, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mark Proia**
**3017 NE 43rd Ave**
**Portland, OR 97213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mark Rose**
**451 Augusta St SE**
**Salem, OR 97306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known)
_____

| | | |
|---|---|---|
| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Wilson**
**1866 Kilkenny Dr**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.468 **Nonpriority creditor's name and mailing address**

**Marta Stock**
**960 5th Avenue S, Unit 303**
**Edmonds, WA 98020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.469 **Nonpriority creditor's name and mailing address**

**Marv R. Hoffman Family**
**Trust Dated February 11, 2013**
**16495 Greenhorn Rd.**
**Grass Valley, CA 95945**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.470 **Nonpriority creditor's name and mailing address**

**Mary Alice Kalka Living Trust**
**3286 Hardwood Hollow Road**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.471 **Nonpriority creditor's name and mailing address**

**Mary Baskauskas, legal owner**
**via non-trust custodial IRA with AET**
**5351 Douglas Ln**
**Sebastopol, CA 95472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.472 **Nonpriority creditor's name and mailing address**

**Mason Mutual, Inc**
**4454 Stonebridge Rd**
**Destin, FL 32541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply. **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

---

3.473 | **Nonpriority creditor's name and mailing address**
**Matthew Hussey**
**1049 Havenhurst Dr #320**
**West Hollywood, CA 90046**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.474 | **Nonpriority creditor's name and mailing address**
**Matthew Brown**
**1935 Green Valley Rd**
**ALAMO, CA 94507**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.475 | **Nonpriority creditor's name and mailing address**
**Matthew J. Kemner**
**9 Brookbank Rd**
**Orinda, CA 94563**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.476 | **Nonpriority creditor's name and mailing address**
**Matthew Stubblefield Revocable Trust**
**7410 SW 102 AVE**
**Beaverton, OR 97008**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.477 | **Nonpriority creditor's name and mailing address**
**Maui Bound LLC**
**300 Via Corta**
**Apartment #107**
**Palos Verdes, CA 90274**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.478 | **Nonpriority creditor's name and mailing address**
**Mazrui Investments LLC/MZI Holding Lmtd**
**+971-25139000**
**PO Box 109806**
**Abu Dhabi UAE**
**UNITED ARAB EMIRATES**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**                                          Case number (if known) _____
                Name

| | |
|---|---|
| 3.479 | **Nonpriority creditor's name and mailing address** |
| | **McCabe Capital, LLC** |
| | **2539 Helmsman Road** |
| | **Johns Island, SC 29455** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.480 | **Nonpriority creditor's name and mailing address** |
| | **McWilliams Revocable Trust** |
| | **under agreement dated January 16, 2008** |
| | **1905 NE 16th #4** |
| | **Portland, OR 97212** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.481 | **Nonpriority creditor's name and mailing address** |
| | **Meagan M. Terrell Living Trust** |
| | **14807 SE Rivershore Dr** |
| | **Vancouver, WA 98683** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.482 | **Nonpriority creditor's name and mailing address** |
| | **Medford Holdings LLC** |
| | **1425 Shady Hollow Ct** |
| | **Keller, TX 76248** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.483 | **Nonpriority creditor's name and mailing address** |
| | **Mercedes and Rommel Rivera** |
| | **1226 26th St** |
| | **Santa Monica, CA 90404** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.484 | **Nonpriority creditor's name and mailing address** |
| | **Merrill Lynch PAM-MT** |
| | **2351 E Royal Lane** |
| | **Cottonwood Heights, UT 84093** |

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **Fairway America, LLC**
Name

Case number (if known)

---

**3.485** | **Nonpriority creditor's name and mailing address**
**Mesa Irrevocable Trust**
**PO Box 1449, EP-MN-L23P**
**Minneapolis, MN 55480**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address**
**Michael Patrick Martin**
**3330 W Cypress St**
**Tampa, FL 33607**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address**
**Michael and Michelle Rex**
**15240 SW Petrel Ct**
**Beaverton, OR 97007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address**
**Michael B Guterman Family Trust**
**441 30th St**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address**
**Michael Desserault & Jani Iverson**
**6306 SE 36th Ave**
**Portland, OR 97202**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address**
**Michael E. Bollinger, as trustee of**
**the Michael E. Bollinger Revocable Trust**
**dated September 26, 2018, as amended**
**4244 Drew Ave S**
**Minneapolis, MN 55410**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fairway America, LLC**
Name

Case number (if known)

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Michael Finan**
**636 18th Ave NE**
**St. Petersburg, FL 33704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Michael Friedman**
**665 Beacon Hill Dr**
**Chagrin Falls, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Michael Gebert**
**124 N. Nova Road, Suite 107**
**Ormond Beach, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Michael Hepp**
**106 Lambert Dr**
**Sparta Township, NJ 07871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Michael Hurd**
**12303 W Goldenrod Ave**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Michael Lapointe & Maria Gallina**
**2750 Coral Way Ste 300**
**Miami, FL 33145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**                                    Case number (if known) _____
          _____
          Name

| | |
|---|---|
| **3.497** | **Nonpriority creditor's name and mailing address** |
| | **Michael Martin** |
| | **3330 W Cypress St** |
| | **Tampa, FL 33607** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| **3.498** | **Nonpriority creditor's name and mailing address** |
| | **Michael P McNaughton** |
| | **7580 Ridgewood Dr** |
| | **Gladstone, OR 97027** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| **3.499** | **Nonpriority creditor's name and mailing address** |
| | **Michael Yondorf &  Muriel Ames** |
| | **195 Grandview Dr** |
| | **Ashland, OR 97520** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| **3.500** | **Nonpriority creditor's name and mailing address** |
| | **Michelle and Andrew Goerdel** |
| | **221 Falling Star Lane** |
| | **Georgetown, TX 78628** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| **3.501** | **Nonpriority creditor's name and mailing address** |
| | **Michelle Noland** |
| | **29566 N 124th Ln** |
| | **Peoria, AZ 85383** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| | |
|---|---|
| **3.502** | **Nonpriority creditor's name and mailing address** |
| | **MidAtlantic IRA** |
| | **FBO Joel K Lowman #40264** |
| | **25586 Little Springs Rd** |
| | **Calhan, CO 80808** |

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor    **Fairway America, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.503 | **Nonpriority creditor's name and mailing address**<br>**MidAtlantic IRA FBO Joel Lowman #40263**<br>**25586 Little Springs Rd**<br>**Calhan, CO 80808**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Precautionary - Potential claims relating to investments**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.504 | **Nonpriority creditor's name and mailing address**<br>**MidAtlantic IRA LLC**<br>**FBO Carol E. Bedford, IRA**<br>**751 Las Cruces Ct**<br>**Goleta, CA 93117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Precautionary - Potential claims relating to investments**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.505 | **Nonpriority creditor's name and mailing address**<br>**MidAtlantic IRA, LLC**<br>**FBO Dorothy Lasley ROTH IRA #40277**<br>**PO Box 596**<br>**Bellevue, WA 98009**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Precautionary - Potential claims relating to investments**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.506 | **Nonpriority creditor's name and mailing address**<br>**MidAtlantic IRA, LLC**<br>**FBO Todd Rettenmeier ROTH IRA**<br>**1475 NW 90th St**<br>**Clive, IA 50325**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Precautionary - Potential claims relating to investments**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.507 | **Nonpriority creditor's name and mailing address**<br>**MidAtlantic IRA, LLC**<br>**FBO Ryan Parson ROTH IRA #40477**<br>**1338 Grand Ave #314**<br>**Glenwood Springs, CO 81601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Precautionary - Potential claims relating to investments**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.508 | **Nonpriority creditor's name and mailing address**<br>**MidAtlantic IRA, LLC**<br>**FBO Wendy Rettenmeier Roth IRA #40497**<br>**1475 NW 90th St**<br>**Clive, IA 50325**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <u>**Precautionary - Potential claims relating to investments**</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Fairway America, LLC**
Name

Case number (if known) _____

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**MidAtlanticIRA LLC FBO Ellen Katz**
**2005 Thistlewood Rd**
**Baltimore, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Midland Funding, LLC**
**c/o Lloyd & McDaniel, PLC**
**PO Box 23200**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - served garnishment in error re Angelina Perez**

Last 4 digits of account number  **0580**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mike Dostal**
**11155 W 163rd Pl**
**Overland Park, KS 66221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mike Kalka**
**3286 Hardwood Hollow Road**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Mike Lemarr & Janet Lemarr**
**1824 Ireland Rd**
**Xenia, OH 45385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Millennium Trust Co, LLC**
**FBO Gale Williams -IRA accnt 35V76**
**5376 SE Bluerock Court**
**Milwaukie, OR 97267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fairway America, LLC** Case number (if known) _____

Name

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Millennium Trust Co. LLC Custodian**
**FBO Douglas Duval SEP IRA XXXXEM118**
**411 Walnut Street, #12385**
**GREEN COVE SPRINGS, FL 32043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Millennium Trust Company, LLC**
**FBO Paul Franz IRA**
**6171 Dogwood Rdg**
**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Millennium Trust Company, LLC**
**FBO Joseph E. Bessler IRA**
**1062 Arden Dr**
**Villa Hills, KY 41017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Millennium Trust Company, LLC**
**Custodian FBO Linda A. Whelan, IRA**
**5691 E Mistic Bay Blvd**
**Marblehead, OH 43440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Millennium Trust Company, LLC**
**Custodian FBO Antonio Carrelli, IRA**
**255 West End Dr., Unit 4209**
**Punta Gorda, FL 33950-5370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mina Yousef**
**3058 Wentworth Way**
**Tarpon Springs, FL 34688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**                                          Case number (if known) _____
          Name

---

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mitchell Priestly**
**320 S. Montgomery, Apt. 322**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MJN Holdings LLC**
**9740 Chelsea Way**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MNLA Holdings LLC**
**904 Silver Spur Rd Ste 244**
**Rolling Hills Estates, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Moore Irrevocable Trust**
**5721 Jones Valley Dr SE**
**Huntsville, AL 35802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Morgan Reis**
**206 Por La Mar Cir**
**Santa Barbara, CA 93103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Morgan Reis**
**109 Towpath Dr**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                            Case number (if known) _____
　　　　　　　Name

---

| 3.527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mortgage Funding LLC**
**11150 SW Riverwood Rd**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mozinski Family Trust DTD 6/16/06**
**12469 SW Lesser Rd**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**MPI Holding Group, LLC**
**2002 Coffee Pot Blvd NE**
**St. Petersburg, FL 33704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**MTC Investments LLC**
**427 Lake Washington Blvd**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Muriel D. Ames and Michael R. Yondorf**
**Revocable Living Trust dated December 8,**
**195 Grandview Dr**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nabil & Jennifer Erian**
**P.O. Box 886**
**Palm City, FL 34991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nabil Erian**
**P.O. Box 886**
**Palm City, FL 34991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nabil F. Erian Trust**
**300 SW Hatteras Ct**
**Palm City, FL 34990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Natalie Rounick**
**1415 Flat Rock Road**
**Narberth, PA 19072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**National Diversified Fund 5, LLC**
**2755 S LOCUST ST STE 150**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**NDTCO as custodian**
**FBO Federico Serrano IRA**
**4276 Graham Ct**
**Boulder, CO 80305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Neal OConnor Family Trust**
**Dated November 3, 2017**
**5525 Stratford Rd**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Fairway America, LLC**                                    Case number (if known)  _____
_____
Name

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Neil Kabous**
**245 Hamilton Dr**
**Terre Haute, IN 47803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Neil Laymon & Wendy Laymon**
**9303 S. Scout Cabin Rd**
**Warren, IN 46792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nelson Family Properties II**
**7175 Whispering Creek Ct**
**Shingletown, CA 96088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nevine Makari**
**6909 Bridgeland Lane**
**Tacoma, WA 98407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**New Direction Trust Company**
**FBO Robert Fair IRA Account #1112458**
**12136 SE Skyline Drive**
**North Tustin, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**NFS/FMTC FBO**
**Elizabeth Ann Deschuytter IRA**
**7608 NE 176th Ave**
**Vancouver, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**                                    Case number (if known) _____
          _____
          Name

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.545** **Nonpriority creditor's name and mailing address**
**NFS/FMTC FBO Bernard Deschuytter**
**Rollover IRA 229514904**
**7608 NE 176th Ave**
**Vancouver, WA 98682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.546** **Nonpriority creditor's name and mailing address**
**NFS/FMTC FBO Carol W Wilson Trust Accoun**
**145 N 200 E**
**Provo, UT 84606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.547** **Nonpriority creditor's name and mailing address**
**NFS/FMTC FBO Daren J. Shaw**
**Roth IRA #227866445**
**1848 N. Estates Dr.**
**WASHINGTON, UT 84780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.548** **Nonpriority creditor's name and mailing address**
**Nice & Easy LLC**
**2536 Cedar Canyon Drive SE**
**Marietta, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.549** **Nonpriority creditor's name and mailing address**
**Nicholas Santangelo**
**18012 Eastridge Ln**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.550** **Nonpriority creditor's name and mailing address**
**Nicholas Wade Gorden**
**3702 NW Creekstone Blvd**
**Bentonville, AR 72712**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
Case number (if known)
_____

Name

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**North Central Alabama Properties**
**1205 Kingsway Rd SE**
**Huntsville, AL 35802**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.552 **Nonpriority creditor's name and mailing address**
**North Central Alabama Properties, LLC**
**5721 Jones Valley Dr. SE**
**Huntsville, AL 35802**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.553 **Nonpriority creditor's name and mailing address**
**NuView CFBO Kim Marriott IRA9913613**
**8880 SW ROSEWOOD WAY**
**Portland, OR 97225**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.554 **Nonpriority creditor's name and mailing address**
**NuView IRA**
**CFBO Diane M Humke IRA 9914147**
**32272 Apple Valley Rd**
**Scappoose, OR 97056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.555 **Nonpriority creditor's name and mailing address**
**NuView IRA CFBO Steve Geyer IRA**
**1831 Clove Street**
**San Diego, CA 92106**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.556 **Nonpriority creditor's name and mailing address**
**NuView IRA CFBO Valerie Humke IRA**
**52578 Maria Ln.**
**Scappoose, OR 97056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 96 of 140

Debtor   **Fairway America, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|

3.557   **Nonpriority creditor's name and mailing address**
**NuView IRA Inc**
**FBO Douglas Morgan IRA**
**610 Beragio Dr.**
**Alpharetta, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.558   **Nonpriority creditor's name and mailing address**
**NuView IRA, Inc., Custodian**
**FBO Harry Aldrich IRA#9910289**
**8880 SW Rosewood Way**
**Portland, OR 97225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.559   **Nonpriority creditor's name and mailing address**
**NWPS 401k Plan Roth FBO Dean Dubach**
**16065 Ridge Tee Drive**
**Morrison, CO 80465**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.560   **Nonpriority creditor's name and mailing address**
**NWPS 401k Trust FBO Shawn Dubach**
**16065 Ridge Tee Drive**
**Denver, CO 80465**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.561   **Nonpriority creditor's name and mailing address**
**NWPS 401K Trust Traditional FBO Dean Dub**
**16065 Ridge Tee Dr**
**Morrison, CO 80465-2114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.562   **Nonpriority creditor's name and mailing address**
**O'Neil Enterprises LLC**
**14801 Bond St**
**Overland Park, KS 66221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page  97 of 140**

Debtor   **Fairway America, LLC**                                              Case number (if known) _____
_____
Name

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Offer Living Trust**
**240 S Chadbourne Ave**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**OLT Capital LLC**
**2855 E Lakeridge Shores**
**Reno, NV 89519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**OLT Real Estate Fund II LLC**
**2855 E Lakeridge Shores**
**Reno, NV 89519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**OLTA Capital LLC**
**2855 E Lakeridge Shores**
**Reno, NV 89519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**OPI llc**
**2949 Kensington Trace**
**Tarpon Springs, FL 34688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Optimal Office Technology Inc**
**Defined Benefit Pension Plan**
**2464 Frederick  Court**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
         _____
         Name

---

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Orange Power LLC**
**22627 N 54th Place**
**Phoenix, AZ 85054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Owens Revocable Trust**
**2514 Cypress Ct**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Pacific Premier Trust, Custodian**
**FBO Robert Michael Wilkie IRA**
**111 55 Knights Court**
**Grass Valley, CA 95945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,270.21** |

**PacTrust**
**Unit 64, PO Box 4900**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Vendor - Lessor for address: 16150 SW Upper Boones Ferry Rd, Portland, OR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Patricia Elste**
**133 E B St**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**PatRick Fairway America Fund, LLC**
**333 S. State St. V201**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Fairway America, LLC**                                                    Case number (if known) _____
_____
Name

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**PatRick Investments LLC**
**14807 SE Rivershore Dr**
**Vancouver, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Paul & Jo D Koenigsberg TBE**
**4775 N Bay Rd**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Paul Berman**
**28 Locust Farm Dr**
**Thornton, PA 19373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Paul Geyer**
**4999 Sussex Avenue**
**Burnaby, BC V5G 4N9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Paul Gulick**
**24727 SW Stafford Rd**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Paul Howard**
**1905 NE 16th Ave Apt 5**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                              Case number (if known) _____
_____
Name

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Paul Howard c/o Marilyn McWilliams, legal owner via non-trust custodial Roth IRA with AET**
**1905 NE 16th #4**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Paul Schlumpberger**
**19053 SW Chesapeake Dr**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Paul Teplitz**
**PO Box 2396**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Peak Pass**
**919 North Market Street, Suite 950**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Penny Shelton**
**1417 Keeneland Hill Dr**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**PENSCO Trust Company Custodian**
**FBO Dale E. Helling, Traditional IRA**
**5608 Pommel Place**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
_____
Name

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pentagon Investments**
**PO Box 220255**
**El Paso, TX 79913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pepper Pike Acquisition Associates**
**30195 Chagrin Blvd,Suite 320N**
**Pepper Pike, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Perednia-Curosh Family Trust**
**- UAD May 19, 2015**
**2999 NW Astor St**
**Camas, WA 98607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,675.00** |

**Perian LLC**
**6816 NE 134th St**
**Vancouver, WA 98686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor - Consulting services for Funds**

Is the claim subject to offset? ■ No ☐ Yes

| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Perian, LLC**
**6816 NE 134th St**
**Vancouver, WA 98686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pete Postma**
**29100 Town Center Loop W**
**Ste 100**
**Wilsonville, OR 97070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Fairway America, LLC**
Case number (if known) _____
Name

| | |
|---|---|
| 3.593 | **Nonpriority creditor's name and mailing address** |

**Peter Kuhn**
**10421 E Celestial Dr**
**Scottsdale, AZ 85262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.594 | **Nonpriority creditor's name and mailing address** |

**Peter Tully**
**248 W Desert Ave, Gilbert, AZ 85233, USA**
**Gilbert, AZ 85233**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.595 | **Nonpriority creditor's name and mailing address** |

**Philip Bunting**
**1158 South Military Rd**
**Portland, OR 97219**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.596 | **Nonpriority creditor's name and mailing address** |

**Phillipe Family Trust**
**3826 SE Madsen Ct**
**Hillsboro, OR 97123-8611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.597 | **Nonpriority creditor's name and mailing address** |

**Pidi Orange Beach LLC**
**12 Stone Ridge Dr**
**South Barrington, IL 60010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.598 | **Nonpriority creditor's name and mailing address** |

**PLB Properties LLC**
**1856 Gallant View Rd**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fairway America, LLC**
Name

Case number (if known) _____

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Powell Family Limited Partnership**
**11001 SE 18th St**
**Vancouver, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Prescott Pardoe**
**PO Box 6432**
**Laconia, NH 03247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$465.00** |

**Professional Benefit Services Health and**
**1193 Royvonne Ave SE Suite 22**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - HSA/FSA administrator and 401k Auditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Provident Trust Co**
**CFBO Craig Smith IRA3044622**
**405 W Gandy St**
**Denison, TX 75020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Provident Trust Group**
**FBO Diane Cornwall IRA**
**24511 Rodeo Flat Rd**
**Auburn, CA 95602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Provident Trust Group**
**FBO Randall Harris SEP**
**24511 Rodeo Flat Rd**
**Auburn, CA 95602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fairway America, LLC**                                        Case number (if known) _____
         Name

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Provident Trust Group LLC**
**FBO Julie Enzor-Wilson IRA**
**16495 Greenhorn Rd**
**Grass Valley, CA 95945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Provident Trust Group LLC**
**FBO Kenneth Kirk Roth & Rollover IRAs**
**16634 Round Mountain**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Provident Trust Group LLC,**
**SBO Steve OwensTraditional IRA**
**2514 Cypress Ct**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**PSS Holdings LLC**
**7808 North V a De La Montana**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Quad G 2017 LTD**
**8195 Canal St**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Quest Trust Co**
**FBO Lynn O'Neil IRA#3596311**
**14801 Bond St**
**Overland Park, KS 66221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Fairway America, LLC**                                        Case number (if known) _____
           Name

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Quest Trust Co.**
**FBO Lauren Andreas IRA#36390-71 & -21**
**11155 W 163rd Pl**
**Overland Park, KS 66221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>**Precautionary - Potential claims relating to investments**</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Quest Trust Company**
**FBO William Hyman IRA #3463011**
**15 Boulderback Dr**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>**Precautionary - Potential claims relating to investments**</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Quest Trust Company**
**FBO David E Roth IRA  #1107921**
**127 N Hunters Crossing Cir**
**The Woodlands, TX 77381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>**Precautionary - Potential claims relating to investments**</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Quest Trust Company**
**FBO William Hyman Acct # 3463011**
**15 Boulderback Dr**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>**Precautionary - Potential claims relating to investments**</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Quest Trust Company**
**FBO Regina Miranda #3599511**
**7601 Cranford Ct**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>**Precautionary - Potential claims relating to investments**</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**R.B. Williams Retirement Plan and Trust**
**126 Silver Oak Terrace**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>**Precautionary - Potential claims relating to investments**</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**                                                    Case number (if known) _____
_____
Name

| 3.617 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Rainier West Capital, LLC**
**3123 158th St Ct E**
**Tacoma, WA 98446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ralph Meierjohan, Trustee Of**
**The Carmen Meierjohan Irrevocable Trust**
**Dated May 27, 2022**
**6114 Blue Rock Rd**
**Cincinnati, OH 45247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Rand and Melanie McClain**
**23425 West Moon Shadows Drive**
**Malibu, CA 90265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Randall  Harris**
**24511 Rodeo Flat Rd**
**Auburn, CA 95602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Randall and Maile Williams Revocable Tru**
**126 Silver Oak Terrace**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Raphael Bloom**
**24229 Neece Ave**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
<br>Name

Case number (if known) _____

---

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ravi Kollu & Pragathi Kollu**
**2940 Oakton Knoll Ct**
**Oakton, VA 22124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**RBC Capital Markets LLC Cust**
**FBO Dr William Heneghan IRA**
**245 E 93rd St APT 26E**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**RBC Cypress Trust**
**PO Box 2396**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**RD Holdings, LLC**
**2321 E. 4th ST #C500**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Red Lion Investments LLC**
**1037 NE 65th St #89966**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**RIA FBO James Jackson IRA 22150TR07**
**1420 Fifth Avenue, Suite 2200**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Fairway America, LLC**
Name
Case number (if known)

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Ricard Rico Provasoli**
**130 Vendola Dr**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Richard Fulwiler**
**2163 Lawrence St.**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Richard Hamlet and Corinne McWilliams**
**6325 NE Lessard Road**
**Camas, WA 98607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Richard J. Lavery**
**15 Stimson Pl.**
**Huntington, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Richard N Coffman and Karen M Coffman,**
**with Rights of Survivorship TOD**
**27 Benthaven Isle**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Richard Peter Scalzo Revocable Trust**
**88 Herbs Ln**
**Brevard, NC 28712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**                                    Case number (if known)
_____
Name

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Richard Terrell**
**14807 SE Rivershore Drive**
**Vancouver, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Richardson Living Trust**
**6437 E Gainsborough Rd**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rita Kupershlak and Vladimir Melomedov**
**11 Euclid Ave unit 7B**
**Summit, NJ 07901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rivera Marital Trust**
**1226 26th St**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Riverchase SPE Manager**
**16150 SW Upper Boones Ferry Road**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Riverwood, LLC**
**11150 SW Riverwood Rd**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
Name

Case number (if known)

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**RMP Property Management**
**1824 W Loveland Ave**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Robert & Marypat Hill**
**8236 Enchanted Ridge Ct SE**
**Turner, OR 97392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Robert and Deborah Tyler**
**6376 Yarmouth Run**
**Williamsburg, VA 23188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Robert Bolton**
**4408 E 40th Ave**
**Spokane, WA 99223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Robert Hill**
**8236 Enchanted Ridge Ct SE**
**Turner, OR 97392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Robert Morrison IRA**
**8223 E Buckskin Trail**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Fairway America, LLC**                                    Case number (if known) _____
           Name

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Robert Zivkovic**
**2604 Fairmont Cove Ct**
**Cape Coral, FL 33991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Roberta Eaton**
**1039 Distinctive Way**
**Greenfield, IN 46140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Rodney Waldbaum**
**4437 Lake Washington Blvd NE**
**Unit 301**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Roger Brunette**
**9707 Vista Falls Dr**
**Golden Oak, FL 32836-4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ROKI Wealth, LLC**
**PO Box 6049**
**O'Connor, AUS 2602**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ronald and Leslie Swanner**
**496 Jefferson Lane**
**Clinton, TN 37716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

| 3.653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ronald Barnett and Carrie L. Holland-Bar**
**840 Lakeside Dr**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ronald J Tanski & Joann M Tanski**
**2453 Green Ash Dr**
**Beavercreek, OH 45431-2360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ross Snyder & Megan Snyder**
**16450 SW Nighthawk Dr**
**Beaverton, OR 97007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rowboat, LLC**
**2654 W Horizon Ridge Pkwy, Ste B5-297**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RSI Realty, LLC**
**25 Clapboard Ridge Rd**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RSM Revocable Trust**
**5841 SE Columbia Way, Unit 301**
**Vancouver, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | **Page 113 of 140**

Debtor   **Fairway America, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.659 **Nonpriority creditor's name and mailing address**<br>**Ryan Bodine**<br>**1331 E Bautista Rd**<br>**Gilbert, AZ 85297**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.660 **Nonpriority creditor's name and mailing address**<br>**S. Mallampati & K. Mangalagiri Revocable**<br>**607 Point Loma Dr**<br>**Frisco, TX 75036**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.661 **Nonpriority creditor's name and mailing address**<br>**SAMO 401k Trust**<br>**49 Berwyn Pl**<br>**Fair Lawn, NJ 07410**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.662 **Nonpriority creditor's name and mailing address**<br>**SAMO 401K Trust ROTH**<br>**49 Berwyn Pl**<br>**Fair Lawn, NJ 07410**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.663 **Nonpriority creditor's name and mailing address**<br>**Sandra Heller**<br>**9551 W Olympic Blvd**<br>**Beverly Hills, CA 90212**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.664 **Nonpriority creditor's name and mailing address**<br>**Sarah Ford**<br>**8405 SE 34th Pl**<br>**MERCER ISLAND, WA 98040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Precautionary - Potential claims relating to investments**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor  **Fairway America, LLC**                                    Case number (if known) _____
        Name

---

| 3.665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sargent Revocable Trust**
**14626 W Sky Hawk Drive**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sark Investments, LLC**
**4791 W 215th St**
**Bucyrus, KS 66013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sathyamoorthi Krishnamurthy**
**1009 Overlook Drive**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SBK Family Investments LLC**
**328 Bellewood Dr**
**Grants Pass, OR 97527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Schmal Family Trust UTD 2/19/08**
**350 Bryan Drive**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$518.00** |

**Schwabe Williamson & Wyatt**
**1211 SW Fifth Ave Ste 1900**
**Portland, OR 97204-3795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor - Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Fairway America, LLC**                                      Case number (if known)
_____
Name

---

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Scott McLaren 401k PSP**
**2651 E Vallejo Ct**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sean Kerr**
**2311 NE Thompson**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SEDM LLC**
**Blk 118,Sector C, St 38, Shuwaikh**
**Shuwaikh Safat 13036**
**KUWAIT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SEE LLC**
**3735 FRANKLIN RD. SW #200**
**Roanoke, VA 24014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sempira, LLC**
**9213 Ovalla Dr**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sergey Shikhvarg**
**18 Comistas Ct**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**                                   Case number (if known)
                Name

| | |
|---|---|
| 3.677 | **Nonpriority creditor's name and mailing address** |

**Shailesh Bambardekar**
**26624 Shadow Wood Dr**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** |

**Shannon D Smith and Thomas E Smith III**
**3835 Planters View Rd**
**Bartlett, TN 38133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** |

**Sharon Clasen**
**12 Bluestem Ln**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** |

**Sharon Krauss**
**678 Bellewood Dr**
**grants pass, OR 97527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** |

**Sharon Patricelli**
**5236 NE 24th Ave**
**Portland, OR 97211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** |

**Shepard Ridge LLC**
**2651 E Vallejo Ct**
**gilbert, AZ 85298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor      **Fairway America, LLC**
            Name                                              Case number (if known)

---

| 3.683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sherry Deutschmann**
**2400 Sunset Place**
**Nashville, TN 37212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Shopping Centers Southeast, LLC**
**22 Cove Rd**
**Melbourne Beach, FL 32951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Siva & Padmavathi Uppalapati**
**5770 McKellar Dr**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Skrishnamurthy Rd LLC**
**1009 Overlook Dr**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Skydeck Real Estate II LLC**
**1 S Wacker Dr Ste 1500**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Skyway Revocable Trust**
**18258 Minnetonka Blvd, Suite 145**
**Deephaven, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**                              Case number (if known) _____
_____
Name

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Slush Management Inc,**
**FBO: Neal O Connor Acct. #4571-1996**
**5525 Stratford Rd**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Smiles4Life Inc 401K Profit**
**Sharing Plan and Trust**
**2199 Carol Ann Drive**
**Tracy, CA 95377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Smiles4Life Inc Pension Plan and Trust**
**2199 Carol Ann Drive**
**Tracy, CA 95377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Smita Patel**
**154 Stoney Creek Pkwy**
**Woodstock, GA 30188-1667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Smith Family Living Trust**
**901 La Loma Rd**
**Pasadena, CA 91105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**SNH Capital LLC**
**3439 SE Hawthorne Blvd**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **Fairway America, LLC**                                              Case number (if known) _____
         Name

| | |
|---|---|
| 3.695 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Solo 401K Trust Trust, Duane McCartney T** | ☐ Contingent |
| **3074 Avondale Ave** | ☐ Unliquidated |
| **The Villages, FL 32163** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Precautionary - Potential claims relating to__ |
| Last 4 digits of account number _ | __investments__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.696 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Sonia Pylarinos** | ☐ Contingent |
| **911 Busse Hwy, Apt 204** | ☐ Unliquidated |
| **Park Ridge, IL 60068** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Precautionary - Potential claims relating to__ |
| Last 4 digits of account number _ | __investments__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.697 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **SouthHoldings, LLC** | ☐ Contingent |
| **1309 Coffeen Avenue, STE 1200** | ☐ Unliquidated |
| **Sheridan, WY 82801** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Precautionary - Potential claims relating to__ |
| Last 4 digits of account number _ | __investments__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.698 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Spanish Cove & Hathaway Holdings** | ☐ Contingent |
| **257 Old Churchmans Rd** | ☐ Unliquidated |
| **New Castle, DE 19720** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Precautionary - Potential claims relating to__ |
| Last 4 digits of account number _ | __investments__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.699 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Sreelatha Tirupathi Irrevocable Trust** | ☐ Contingent |
| **8911 Silverthorn Rd** | ☐ Unliquidated |
| **Largo, FL 33777** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Precautionary - Potential claims relating to__ |
| Last 4 digits of account number _ | __investments__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.700 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Sreenivasa Mallampati EPSP 401(K)** | ☐ Contingent |
| **607 Point Loma Dr** | ☐ Unliquidated |
| **Frisco, TX 75036** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Precautionary - Potential claims relating to__ |
| Last 4 digits of account number _ | __investments__ |
| | Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.701 | **Nonpriority creditor's name and mailing address** |

**SRSI LLC**
**6700 N Linder Rd, Ste 156-286**
**Meridian, ID 83646**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.702 | **Nonpriority creditor's name and mailing address** |

**SStockman RE Services LLC 401(k) Plan**
**& Tst FBO Stephen Stockman**
**6700 N Linder Rd  Ste 156-286**
**Meridian, ID 83646**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.703 | **Nonpriority creditor's name and mailing address** |

**Stephen Bertolini**
**2232 Kingsridge Dr**
**Wilmington, DE 19810**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.704 | **Nonpriority creditor's name and mailing address** |

**Stephen Bozick and Nellie Bozick**
**4707 Preston-Fall City Rd SE**
**Fall City, WA 98024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.705 | **Nonpriority creditor's name and mailing address** |

**Stephen Harris**
**2711 Saklan Indian Dr #1**
**Walnut Creek, CA 94595**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.706 | **Nonpriority creditor's name and mailing address** |

**Stephen Lagana and Sofia Kazi**
**157 Quinn Rd**
**Briarcliff Manor, NY 10510**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                      Case number (if known) _____
_____
Name

| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sterlan Yu**
**2113 W Spruce Dr**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve R Nessim Trust under the**
**Freda Nessim Laguna Residence Trust**
**10594 Holman Ave**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven and Laurie Owens**
**2514 Cypress Ct**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven Ford**
**3109 Chapel Woods Cove**
**Germantown, TN 38139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven Geyer**
**1831 Clove Street**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steven Nessim and Veronica Nessim**
**Revocable Trust dated October 25, 2001**
**10594 Holman Ave**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                Case number (if known)  _____
                 Name

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven R. Nessim Irrevocable Gift Trust
under the Jose Nessim 2012 Irrevocable G
10594 Holman Ave
Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stevenson Family Trust
840 SW Touchmark Way Apt 255
Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Still, Billy and Julie
12037 SW Marigold Ave
Port St. Lucie, FL 34987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,724.10** |
|---|---|---|---|

**Stoel Rives LLP
760 SW 9th Ave. #3000
Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor - Legal Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stonetower, LP
PO Box 52108
Irvine, CA 92619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**STRATA Trust Company
CFBO Kathryn Lynn Nealis IRA 201418034
20 Sawmill Creek Drive
Nellysford, VA 22958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Fairway America, LLC**
_____
Name

Case number (if known) _____

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**STRATA Trust Company**
**CFBO Stanley Jones IRA 100001679**
**PO Box 982**
**Lafeyette, CO 80026**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**STRATA Trust Company Custodian**
**FBO Andrew Goerdel IRA**
**221 Falling Star Lane**
**Georgetown, TX 78628**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Strong Life Investments LLC**
**90087 Cape Arago Hwy**
**Coos Bay, OR 97420**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Sudharshan Padmanabhan**
**307 Ebony Court**
**Ambler, PA 19002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Suken Patel**
**9327 Wilbrook Drive**
**Powell, OH 43065**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Survivor trust under Griffin family trus**
**10055 Meydenbauer Way SE Apt 1**
**Bellevue, WA 98004**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Fairway America, LLC**
_____
Name

Case number (if known) _____

| 3.725 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Susan & Gordon Boyd**
**5203 N County Road 400 W**
**North Salem, IN 46165-9733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.726 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Susan L. Meierjohan Revocable Trust**
**8022 S Bel Haven Ln**
**West Chester, OH 45069-6520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.727 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Suzanne Migchelbrink**
**630 Hemlock St**
**Lake Oswego, OR 97034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.728 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Svoboda Trust dated June 2, 2009**
**4791 W 215th St**
**Bucyrus, KS 66013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.729 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Swanson Group Inc**
**2635 Old Hwy 99 S**
**Roseburg, OR 97471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.730 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Table 22 Management**
**85 Glade Hollow Dr.**
**Las Vegas, NV 89135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor     **Fairway America, LLC**
               Name

Case number (if known) _____

---

| 3.731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tango Romeo Investments**
**PO Box 23099**
**Tigard, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tara Harris**
**1067 Peace Portal Dr**
**Blaine, WA 99801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tarek Shaer Tr Fbo Urbanest Group Inc**
**Cash Balance Defvined Benefit Plan**
**UA Dec 29, 2016**
**1007 N Sepulveda Blvd, #231**
**Manhattan Beach, CA 90267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Taylor Family Trust**
**9876 Laurel Glen Dr.**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ted and Sarah Varghese**
**1735 Stevensan Drive**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Teknicom Consulting Inc  401k & Def Ben**
**1400 Village Sq Blvd Unit 3-87702**
**Talahassee, FL 32312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Fairway America, LLC**                                Case number (if known) _____

 _____
 Name

| 3.737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tempo Growth Fund II LLC**
**2167 E 21st Str, Ste 222**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terrell & Associates LLC**
**129 Furnace St**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terrell Family Investments LLC**
**333 S State St Ste V201**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terrell Group Management LLC**
**333 S. State St V201**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terry Loerke Investments LLC**
**21548 NE Lachenview Ln**
**Fairview, OR 97024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Bradford L. Jones Trust dated Novemb**
**P.O. Box 6862**
**Auburn, CA 95604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor    **Fairway America, LLC**                                    Case number (if known) _____
_____
Name

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

3.743    **Nonpriority creditor's name and mailing address**

**The Bryan LaGree and Cynthia LaGree
AB Living Trust
12633 Pawnee Ln.
Leawood, KS 66209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.744    **Nonpriority creditor's name and mailing address**

**The Cathy P. Schleining Trust
3140 Juanipero Way Ste 201
Medford, OR 97504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.745    **Nonpriority creditor's name and mailing address**

**The Craig Allen Tjebben and
Julie Ann Tjebben Revocable Trust
805 57th St.
West Des Moines, IA 50266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.746    **Nonpriority creditor's name and mailing address**

**The Dann Family Trust
304 Tavish Trail
Lakeway, TX 78738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.747    **Nonpriority creditor's name and mailing address**

**The DASH Revocable Trust
5 Timberline Ct
Trophy Club, TX 76262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

3.748    **Nonpriority creditor's name and mailing address**

**The Ellen M. Laymon Irrevocable Trust
182 Dogwood Dr
Warren, IN 46792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**The Entrust Group FBO Chris Nelson**
**IRA Account #7230014840**
**7175 Whispering Creek Ct**
**Shingletown, CA 96088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**The Entrust Group FBO William Heneghan**
**IRA Account #7230005208**
**245 E 93rd St APT 26E**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**The Entrust Group Inc.**
**FBO Gaylyn Sher-Jan IRA# 7320020771**
**128 Northshore Cir**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**The Erik and Kathy Slockers Family Trust**
**1425 Sandstone Court**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**The Gordon L Laymon Marital Trust**
**182 Dogwood Dr**
**Warren, IN 46792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**The Jennifer L. Coleman Irrevocable**
**Trust, Dated November 18, 2023**
**6297 Ross Bend**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

Debtor    **Fairway America, LLC**
_____
Name

Case number (if known) _____

---

| | |
|---|---|
| 3.755 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **The Jetti Living Trust dated March 26, 2** | ☐ Contingent |
| **11382 Chimney Rock Trail** | ☐ Unliquidated |
| **Frisco, TX 75033** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

---

| | |
|---|---|
| 3.756 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **THE JMV 2010 Irrevocable Trust** | ☐ Contingent |
| **5835 Onix Dr Ste 300** | ☐ Unliquidated |
| **El Paso, TX 79912** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

---

| | |
|---|---|
| 3.757 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **The John and Carol Hoskins Family Trust** | ☐ Contingent |
| **11671 East Buckskin Trail** | ☐ Unliquidated |
| **Scottsdale, AZ 85255** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

---

| | |
|---|---|
| 3.758 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **The Joseph Jacob Living Trust** | ☐ Contingent |
| **1845 Upper Chelsea Rd** | ☐ Unliquidated |
| **Columbus, OH 43212** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

---

| | |
|---|---|
| 3.759 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **The Kingdom Trust Company,** | ☐ Contingent |
| **CFBO Brad Anderson 9248636141** | ☐ Unliquidated |
| **1105 State Route 121 N., Suite B** | ☐ Disputed |
| **Murray, KY 42071** | |
| Date(s) debt was incurred _ | **Basis for the claim:** **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

---

| | |
|---|---|
| 3.760 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **The Lily Capital Group Trust** | ☐ Contingent |
| **8721 Santa Monica Blvd** | ☐ Unliquidated |
| **West Hollywood, CA 90069** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** **Precautionary - Potential claims relating to investments** |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset?  ■ No  ☐ Yes |

---

Debtor     **Fairway America, LLC**
_____                    Case number (if known) _____
Name

| 3.761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Luna Family Revocable Trust**
**3003 Eminencia Del Sur**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Mike Verlander 2010 Irrevocable Trus**
**4710 Rosinante Rd**
**El Paso, TX 79922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Palumbo Family Trust**
**250 Pantops Mountain Road, #5401**
**Charlottesville, VA 22911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Patel Family Revocable Living**
**Trust, dated 12/22/2010**
**154 Stoney Creek Pkwy**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Patrick B. O'Hagan & Paula G. Llanez**
**Living Trust Dated January 5, 2012**
**41 Chestnut Hill Road**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**The Scott D. and Lynn M. Drum Intervivos**
**650 Bellevue Way NE Unit 3601**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **Fairway America, LLC**                                      Case number (if known)  _____
        Name

---

| 3.767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**The Skalak Family Trust**
**U/T/A dated May 1, 2010**
**1619 E El Camino Dr**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**The Smith-Wharton Trust dated June 7, 20**
**P.O Box 12839**
**Mill Creek, WA 98082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**The Teichman Family Trust**
**171 S Fuller Ave**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**The Uppasana22 Family Trust**
**5770 McKellar Dr**
**San Jose, CA 95129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**The Victoria Cooper Revocable**
**Living Trust dtd September 3 2008**
**654 Chaparral Circle**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**The Vijay Patel Trust**
**10350 SW 62 STREET**
**MIAMI, FL 33173-2815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Fairway America, LLC**                                      Case number (if known) _____
           Name

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**The WEB Investments Trust**
**2705 Cheshire Drive**
**Baldwin, NY 11510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Thomas & Janine Trutna**
**655 Mount Curve Blvd**
**St Paul, MN 55116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Thomas & Jessica Mathisen**
**5026 160th Street**
**Urbandale, IA 50323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Thomas & Julie Hall**
**3953 Cedar Ridge Dr**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Thomas Barton**
**205 NW Star Mill Way**
**Apartment 7**
**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Thomas J. Barton, Trustee of the Thomas**
**Barton Trust U/A dated January 28, 2019**
**205 NW Star Mill Way, Apartment 7**
**McMinnville, OR 97128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Precautionary - Potential claims relating to investments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __**Fairway America, LLC**__                                    Case number (if known) _____
            Name

| | |
|---|---|
| 3.779 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Tim & Brenda Dangler**
**1717 Chapman Dr**
**Greenfield, IN 46140-2528**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.780  **Nonpriority creditor's name and mailing address**
**Timothy  Farey**
**304 S Jones Blvd Unit 569**
**Las Vegas, NV 89107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.781  **Nonpriority creditor's name and mailing address**
**Timothy and Mary Raborn**
**7604 Claret Ave**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.782  **Nonpriority creditor's name and mailing address**
**TMC Capital**
**Level 2, Max City Building**
**Remy Ollier Street**
**Port Louis**
**MAURITIUS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.783  **Nonpriority creditor's name and mailing address**
**TPT Investments LLC**
**8911 Silverthorn Rd**
**Largo, FL 33777**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.784  **Nonpriority creditor's name and mailing address**
**TQ Properties, LLC**
**PO Box 786**
**Golden, CO 80402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Precautionary - Potential claims relating to__
__investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

| 3.785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Nonpriority creditor's name and mailing address**
**Traci Larson**
**3 Seminary Ridge Pl**
**Clayton, CA 94517**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.786 **Nonpriority creditor's name and mailing address**
**TSM Real Estate Investment LLC.**
**2109 Johns Ridge Rd**
**Coraopolis, PA 15108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.787 **Nonpriority creditor's name and mailing address**
**Twickenham, Inc.**
**12 Bluestem Lane**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.788 **Nonpriority creditor's name and mailing address**
**Ufund Real Estate Fund LLC**
**9600 Great Hills Trail, Ste 150W**
**Austin, TX 78759**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.789 **Nonpriority creditor's name and mailing address**
**UMBALTI FBO Variant Alternative Income F**
**a State of Delaware Statutory Trust**
**928 Grand Blvd 5th Fl**
**Kansas City, MO 64106**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.790 **Nonpriority creditor's name and mailing address**
**Usman Gandhi**
**2967 Darlington Run**
**Duluth, GA 30097**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Fairway America, LLC**                                         Case number (if known) _____
_____
Name

| | |
|---|---|

**3.791** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Vangard Fiduciary Trust Company**
**CFBO Bruce Elliston IRA**
**1900 SUMMIT VIEW DR unit 165**
**DALTON, GA 30721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.792** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Vantage FBO Carmen Ricci IRA #0030588**
**20860 N. Tatum Blvd., Ste 240**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.793** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Vantage FBO Sandra J. Stocker IRA 001813**
**8223 East Buckskin Trail**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.794** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Verge Investment Partners LLC**
**373 La Perle Ln**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.795** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Vernon J Carriere**
**309 Magnolia Dr**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.796** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Vidyadhar and Kalyani Nettimi**
**2941 Gray St**
**Oakton, VA 22124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Precautionary - Potential claims relating to investments__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Fairway America, LLC**
Name

Case number (if known) _____

---

3.797 **Nonpriority creditor's name and mailing address**
**Vincent and Cindy Munno**
**Tenants by the Entirety**
**308 Harbor View Ln**
**Largo, FL 33770**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.798 **Nonpriority creditor's name and mailing address**
**Vivo Investments, LLC**
**2260 E Imperial Hwy, Ste 700**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.799 **Nonpriority creditor's name and mailing address**
**VLSM, LLC**
**18209 Pine Hammock Blvd**
**Lutz, FL 33548**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.800 **Nonpriority creditor's name and mailing address**
**W. Michael Morrissey Jr.**
**1752 Wyndham Terrace**
**Bethlehem, PA 18015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.801 **Nonpriority creditor's name and mailing address**
**Ward L. Billhimer Jr. & Rosetta P. Billh**
**1009 Marcie Ln**
**Milford, OH 45150**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.802 **Nonpriority creditor's name and mailing address**
**Wayne E. Stahmer and Linda K. Stahmer,**
**Trustees of the Stahmer Family Trust**
**Dated June 4, 2002**
**11168 Weatherly Pl**
**Grass Valley, CA 95945**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Fairway America, LLC**                                    Case number (if known) _____
         Name

| 3.803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

3.803 | **Nonpriority creditor's name and mailing address**
**Weselak Family Revocable Trust**
**5360 Ruette de Mer**
**San Diego, CA 92130**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.804 | **Nonpriority creditor's name and mailing address**
**Whitney Sewell**
**3735 Franklin Rd SW**
**Roanoke, VA 24014**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.805 | **Nonpriority creditor's name and mailing address**
**William Alvaro**
**3 CRENSHAW CT.**
**MARLBORO, NJ 07746**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.806 | **Nonpriority creditor's name and mailing address**
**William and Elizabeth Skalak JTWROS**
**1619 East El Camino Drive**
**Phoenix, AZ 85020**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.807 | **Nonpriority creditor's name and mailing address**
**William and Margaret Caldon**
**18 Lakeview Dr**
**Plattsburgh, NY 12901**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

3.808 | **Nonpriority creditor's name and mailing address**
**William and Sandra Schwartz Trust**
**2808 Northwest 131st Street**
**Vancouver, WA 98685**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Fairway America, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.809 **Nonpriority creditor's name and mailing address**<br>**William Hunter and Eri Yamaguchi-Hunter**<br>**PO Box 68282**<br>**Oak Grove, OR 97268**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.　　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Precautionary - Potential claims relating to__<br>__investments__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.810 **Nonpriority creditor's name and mailing address**<br>**William Kevin Kelly**<br>**2102 SE 100th Ct**<br>**Vancouver, WA 98664**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.　　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Precautionary - Potential claims relating to__<br>__investments__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.811 **Nonpriority creditor's name and mailing address**<br>**William Thier**<br>**400 Northwest 40th Street**<br>**Vancouver, WA 98660**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.　　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Precautionary - Potential claims relating to__<br>__investments__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.812 **Nonpriority creditor's name and mailing address**<br>**William Thier**<br>**5109 Douglas Dr**<br>**Yakima, WA 98908**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.　　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Precautionary - Potential claims relating to__<br>__investments__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.813 **Nonpriority creditor's name and mailing address**<br>**Win Win LLC**<br>**16150 SW Upper Boones Ferry Rd**<br>**Portland, OR 97224**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.　　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Precautionary - Potential claims relating to__<br>__investments__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.814 **Nonpriority creditor's name and mailing address**<br>**Wonder Twin Properties**<br>**578 Washington Blvd, #540**<br>**Marina del Rey, CA 90292**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.　　$0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Precautionary - Potential claims relating to__<br>__investments__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Fairway America, LLC**
Name                                                    Case number (if known) _____

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Yuri and Natalie Runoff**
**725 Manor Ave**
**Ottawa, ON K1M OE4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Zales Investments Inc.**
**111 Seminary Drive**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.817 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ZAX LLC**
**75 N Woodward Ave Unit 87702**
**Tallahassee, FL 32313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Precautionary - Potential claims relating to investments**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **23,865.10** |
| **5b. Total claims from Part 2** | 5b. + | $ **35,107.58** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **58,972.68** |

**Fill in this information to identify the case:**

Debtor name      **Fairway America, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **5/5/26 - Chief Restructure Officer Services; Paid hourly plus expenses; retainer of $10,000** | |
| | State the term remaining | **Length of the bankruptcy filing** | **Captial Advisory TurningPointe LLC dba Turning Point Strategic Advisors 2003 Western Ave Ste 660 Seattle, WA 98121** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Software Service Subscription** | |
| | State the term remaining | **Expires 11/30/26** | **CoStar Realty Information, inc. Attn: Cari Messerschmitt 222 SW Columbia St Portland, OR 97201** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **60 Month Lease of Copier/Printer** | |
| | State the term remaining | **Expires 6/1/28** | **Pacific Office Automation PO Box 030310 Los Angeles, CA 90030** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| | State the term remaining | **Expires 9/30/27** | **Pacific Realty Associates L.P. Attn: R/E Counsel-pbc193 fairwa02 15350 SW Sequoia Pkwy Ste 300 Portland, OR 97224** |
| | List the contract number of any government contract | | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **Fairway America, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Matthew Burk** | **18004 Eastridge Ln** <br> **Lake Oswego, OR 97034** | **Douglas Woodcock** | ■ D ___2.12___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Fairway America, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/08/2026**            *X* **/s/ Matthew W. Burk**

Signature of individual signing on behalf of debtor

**Matthew W. Burk**
Printed name

**President of Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fairway America, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ☐ Operating a business<br>■ Other **Asset Management Fees, Loan Servicing, Promotes** | **$531,726.87** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ☐ Operating a business<br>■ Other **Asset Management Fees, Loan Servicing, Promotes** | **$1,817,476.25** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other **Asset Management Fees, Loan Servicing, Promotes** | **$2,599,299.20** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor **Fairway America, LLC**　　　　　　　　　　　Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **UnitedHealthcare**<br>**PO Box 94017**<br>**Palatine, IL 60094** | **4/10/26,**<br>**5/12/26 &**<br>**6/10/26 -**<br>**$21,293.79**<br>**each** | **$63,881.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Healthcare premiums -**<br>**Gross of Verivest and Fairway;**<br>**Verivest reimburses Fairway it's**<br>**portion** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:　Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Mathew Capital Management Co. v. Matthew Burke, Fairway America, LLC, SBRE XII LLC, SBRE XIII LLC, SBRE XIV LLC, Skylands Investment Corporation**<br>**25CV20942** | **Oregon Securities Law Claims; Breach of Contract; Foreclosure of Security Interests** | **Multnomah County Circuit Court**<br>**1200 SW 1st Ave.**<br>**Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Fairway America, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.   **HungerHeroes 2025<br>c/o Outreach Inc.<br>PO Box 361<br>301 Center St<br>Union, IA 50258** | **$2,500 cash donation** | **11/1/2025<br>(approximately<br>)** | **$2,500.00** |
| **Recipients relationship to debtor<br>None** | | | |

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. <br><br>**Sussman Shank LLP<br>1000 SW Broadway, Ste 1400<br>Portland, OR 97205** | **UPDATED EXACT AMOUNT AT TIME OF FILING** | **Individual dates and amounts can be provided upon request** | **$52,378.98** |
| **Email or website address<br>www.sussmanshank.com** | | | |
| **Who made the payment, if not debtor?** | | | |

Debtor   **Fairway America, LLC**                                   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Turning Point Strategic Advisors** **2003 Western Ave Ste 660** **Seattle, WA 98121** | **CRO Services** | **6/30/26** | **$10,000.00** |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Ken Miller** **Guardian Restructuring** **4411 BEE RIDGE ROAD #164** **Sarasota, FL 34232** | **CRO services - Contract terminated** | | **$15,000.00** |
| | **Email or website address** **kmiller@advisorsguardian.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **16150 SW Upper Boones Ferry Rd.** **Portland, OR 97224** | **Ending 12/31/24** |

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page **4**

Debtor   **Fairway America, LLC**                                    Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

> **Fairway maintains confidential information about the investors from which it has raised money, including contact information, banking and other financial account data, SSNs, etc.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.

■  Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Fairway America, LLC 401k Plan** | EIN: **26-1522327** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **5**

Debtor    **Fairway America, LLC**                                            Case number *(if known)*

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage 13473 SW Pacific Hwy Portland, OR 97223** | **Kylie Nero and Lindsay Hodge** | **Office equipment and furnishings listed on Schedule A/B** | ☐ No ■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor   **Fairway America, LLC**                                          Case number *(if known)* _____

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Fairway America Capital Markets Group LLC fka Sequoia Park Capital LLC** | | EIN:  47-1359951<br><br>From-To  3/22/17 - 5/22/25 |
| 25.2. **Fairway America Investment Advisors LLC** | | EIN:  81-3345256<br><br>From-To  8/18/16 - Current |
| 25.3. **Fairway America Managment Group IV LLC** | | EIN:  85-4196274<br><br>From-To  3/12/16 - Current |
| 25.4. **Fairway America Management Group II LLC PO Box 23099 Portland, OR 97281** | | EIN:  47-1229181<br><br>From-To  11/21/16 - Current |
| 25.5. **Fairway America Managment Group III LLC PO Box 23099 Portland, OR 97281** | | EIN:  83-3459788<br><br>From-To  2/28/19 - Current |
| 25.6. **Verivest LLC fka Redwood Real Estate Administration PO BOx 23099 Portland, OR 97281** | | EIN:  81-4644049<br><br>From-To  2/16/17 - Current |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Manpreet Bains Vancouver, WA** | **7/1/23 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor   **Fairway America, LLC**                                    Case number *(if known)* _____

statement within 2 years before filing this case.

☐ None

| Name and address | |
| --- | --- |
| 26d.1. | **Kimberly Terrell**<br>**kterrell@rsmedical.com** |
| 26d.2. | **Mike Terrell**<br>**terrellmjt@gmail.com** |
| 26d.3. | **Yuriy Novodvorskiv**<br>**novo@tempofunding.com** |
| 26d.4. | **Pat Terrell**<br>**pat@terrellgroup.com** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Jay Zollinger** | **127 E Steep Mountain Drive**<br>**Draper, UT 84020** | **General Counsel and Indirect Owner** | **via Outside General Counsel Services P.C.,** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Matthew Burk** | **18004 Eastridge Ln**<br>**Lake Oswego, OR 97034** | **President & CEO** | **via Skylands Investment Corporation via Eastridge Investment Group, LLC via Fairway flow through** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Angela Henderson Rapp** | **200 Acorn St**<br>**Newberg, OR 97132** | **Member - Class A - (subject to conversion)** | **1.1173%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Eastridge Investment Group, LLC** | **PO Box 23099**<br>**Portland, OR 97281** | **Member - Class A (not subject to conversion)** | **71.3292%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Outside General Counsel Services PC** | **Attn Jay Zollinger**<br>**PO Box 23099**<br>**Portland, OR 97281** | **Member - Class A (subject to conversion)** | **8.4618%** |

Debtor **Fairway America, LLC**                                           Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Camino Del Norte Investments LLC** | **1619 East El Camino Dr Phoenix, AZ 85020** | **Member - Class A (Not subject to conversion)** | **0.5621%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sharon Patricelli** | **4018 Canal Woods Court Lake Oswego, OR 97034** | **Member - Class A (not subject to conversion)** | **0.1874%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Barzman** | **95 Golden Hinde Blvd San Rafael, CA 94903** | **Member - Class A (not subject to conversion)** | **0.2061%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **NDTCO as Custodian** | **fbo Federico Serrano IRA 4276 Graham Court Boulder, CO 80305** | **Member - Class A (not subject to conversion)** | **0.1546%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Quest Trust Company** | **fbo Caroline Hunt IRA #2645821 9649 S Via Vaquero Hereford, AZ 85615** | **Member - Class A (not subject to conversion)** | **0.1031%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Quest Trust Company** | **fbo Regina Miranda IRA #3599511 7601 Cranford Court Arlington, TX 76001** | **Member - Class A (not subject to conversion)** | **0.1031%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Quest Trust Company** | **fbo William Hyman IRA #3463011 3533 W Beverly Blvd Montebello, CA 90640** | **Member - Class A (not subject to conversion)** | **0.3195%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tempo Growth Fund LLC** | **2167 SE 21st St, Ste 222 Brooklyn, NY 11229** | **Member - Class A (not subject to conversion)** | **0.5153%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Scott and Mary Schroeder** | **Revocable Living Trust 2265 Dawnwood Dr Philomath, OR 97370** | **Member - Class A (not subject to conversion)** | **0.4125%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bhavna Rohera** | **311 S Meadows Ave Manhattan Beach, CA 90266** | **Member - Class A (not subject to conversion)** | **0.2061%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Diane R. Freres Living Trust** | **702 E Cedar Street Stayton, OR 97383** | **Member - Class A (not subject to conversion)** | **0.5153%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Equity Trust Company Custodian** | **fbo Diana May Roth IRA 5760 Ciskowski Ln Edwardsville, IL 62025** | **Member - Class A (not subject to conversion)** | **0.1031%** |

Debtor **Fairway America, LLC**                                        Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Mark Matthias** | **8008 SE Evergreen Hwy**<br>**Vancouver, WA 98664** | **Member - Class A (not subject to conversion)** | **1.0307%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Win Win Investment Group, LLC** | **PO Box 23099**<br>**Portland, OR 97281** | **Member - Class A (subject to conversion)** | **14.1079%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Chehalem Pacific Ventures LLC** | **4700 Coho Ln**<br>**West Linn, OR 97068** | **Member - Class E (subject to conversion and purchase option)** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Harry Aldrich** | **8880 SW Rosewood Way**<br>**Portland, OR 97225** | **Member - Class A (not subject to conversion)** | **0.4310%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **194 Prime Fund Trust** | **3407 N Columbia Circle**<br>**Spokane, WA 99205** | **Member - Class A (not subject to conversion)** | **0.1340%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Adrian Boly** | **4700 Coho Ln**<br>**West Linn, OR 97068** | **President** | **ending 4/3/25** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Matthew Coleman**<br>**6816 NE 134th St**<br>**Vancouver, WA 98686** | **$233,974.56** | **7/4/25 - 7/6/26** | **Salary, reimbursements, 401k Employer Contribution** |
| | **Relationship to debtor**<br>**Shareholder via Eastridge via Perian LLC** | | | |

Debtor    **Fairway America, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Angela Rapp**<br>**200 Acorn St.**<br>**Newberg, OR 97132** | **153,920.00** | **7/4/25 - 7/6/26** | guaranteed payments, reimbursements, 401k Employer Contribution |
| | **Relationship to debtor**<br>**Shareholder** | | | |
| 30.3. | **Jay Zollinger**<br>**127 E Steep Mountain Drive**<br>**Draper, UT 84020** | **397,848.01** | **7/4/25 - 7/6/26** | payment ot OGCS, reimbursements, 401k Employer Contribution |
| | **Relationship to debtor**<br>**Shareholder via OGCS** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/08/2026**    _____

**/s/ Matthew W. Burk**                          **Matthew W. Burk**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **President of Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes