# United States Bankruptcy Court
## District of Oregon

In re   **Fairway America, LLC**

Debtor(s)

Case No.   26-32378-11

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fairway America, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eastridge Investment Group, LLC**
**PO Box 23099**
**Portland, OR 97281**

☐ None [*Check if applicable*]

**7/08/2026**

Date

**/s/ Douglas R. Ricks**

**Douglas R. Ricks**

Signature of Attorney or Litigant

Counsel for   **Fairway America, LLC**

**Sussman Shank LLP**

**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**
**503-227-1111**
**dricks@sussmanshank.com**