# United States Bankruptcy Court
### District of Oregon

In re   **Fairway America, LLC**

Debtor(s)

Case No.   26-32378-thp11

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **194 Prime Fund Trust**<br>**3407 N Columbia Circle**<br>**Spokane, WA 99205** | **Membership A** | **9,027.69** | **Not subject to conversion** |
| **Angela Henderson Rapp**<br>**200 Acorn St**<br>**Newberg, OR 97132** | **Membership A** | **75,282.75** | **Subject to Conversion** |
| **Bhavna Rohera**<br>**311 S Meadows Ave**<br>**Manhattan Beach, CA 90266** | **Membership A** | **13,888.75** | **Not subject to conversion** |
| **Camino Del Norte Investments LLC**<br>**1619 East El Camino Dr**<br>**Phoenix, AZ 85020** | **Membership A** | **37,875** | **Not subject to conversion** |
| **Chehalem Pacific Ventures LLC**<br>**4700 Coho Ln**<br>**West Linn, OR 97068** | **Membership E** | **631,196.22** | **Subject to conversion and purchase option** |
| **Diane R. Freres Living Trust**<br>**702 E Cedar Street**<br>**Stayton, OR 97383** | **Membership A** | **34,721.88** | **Not subject to conversion** |
| **Eastridge Investment Group, LLC**<br>**PO Box 23099**<br>**Portland, OR 97281** | **Membership A** | **4,806,054.19** | **Not subject to conversion** |
| **Equity Trust Company Custodian**<br>**fbo Diana May Roth IRA**<br>**5760 Ciskowski Ln**<br>**Edwardsville, IL 62025** | **Membership A** | **6,944.38** | **Not subject to conversion** |
| **Harry Aldrich**<br>**8880 SW Rosewood Way**<br>**Portland, OR 97225** | **Membership A** | **29,038.38** | **Not subject to conversion** |
| **Mark Barzman**<br>**95 Golden Hinde Blvd**<br>**San Rafael, CA 94903** | **Membership A** | **13,888.75** | **Not subject to conversion** |
| **Mark Matthias**<br>**8008 SE Evergreen Hwy**<br>**Vancouver, WA 98664** | **Membership A** | **69,443.75** | **Not subject to conversion** |

Sheet 1 of 3 in List of Equity Security Holders

In re:   **Fairway America, LLC**                                    Case No. _____
                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **NDTCO as Custodian**<br>**fbo Federico Serrano IRA**<br>**4276 Graham Court**<br>**Boulder, CO 80305** | **Membership A** | **10,416.56** | **Not subject to conversion** |
| **Outside General Counsel Services PC**<br>**Attn Jay Zollinger**<br>**PO Box 23099**<br>**Portland, OR 97281** | **Membership A** | **570141.75** | **Subject to conversion** |
| **Quest Trust Company**<br>**fbo Caroline Hunt IRA #2645821**<br>**9649 S Via Vaquero**<br>**Hereford, AZ 85615** | **Membership A** | **6,944.38** | **Not subject to conversion** |
| **Quest Trust Company**<br>**fbo Regina Miranda IRA #3599511**<br>**7601 Cranford Court**<br>**Arlington, TX 76001** | **Membership A** | **6,944.38** | **Not subject to conversion** |
| **Quest Trust Company**<br>**fbo William Hyman IRA #3463011**<br>**3533 W Beverly Blvd**<br>**Montebello, CA 90640** | **Membership A** | **21,527.56** | **Not subject to conversion** |
| **Sharon Patricelli**<br>**4018 Canal Woods Court**<br>**Lake Oswego, OR 97034** | **Membership A** | **12,625** | **Not subject to conversion** |
| **Tempo Growth Fund LLC**<br>**2167 SE 21st St, Ste 222**<br>**Brooklyn, NY 11229** | **Membership A** | **34,721.88** | **Not subject to conversion** |
| **The Scott and Mary Schroeder**<br>**Revocable Living Trust**<br>**2265 Dawnwood Dr**<br>**Philomath, OR 97370** | **Membership A** | **27,793.42** | **Not subject to conversion** |
| **Win Win Investment Group, LLC**<br>**PO Box 23099**<br>**Portland, OR 97281** | **Membership A** | **950,570.90** | **Subject to conversion** |

List of equity security holders consists of 3 total page(s)

In re:   **Fairway America, LLC**                                    Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President of Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **7/08/2026**                                    Signature   **/s/ Matthew W. Burk**
_____                                  _____
                                                                  **Matthew W. Burk**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


List of equity security holders consists of 3 total page(s)