**Ted Varghese**

29706 Loblolly View Lane

Fulshear, Texas, USA

832-531-0751

ted_varghese@hotmail.com

July 14, 2026

United States Bankruptcy Court

District of Oregon

Attn: Courtroom Deputy / Calendar Clerk

**Re: In re Fairway America Case No. 26-32378-THP11; Request for Remote (Video/Teleconference) Appearance as Creditor/Interested Party**

Dear Courtroom Deputy:

I am writing to request permission to attend the upcoming hearing in the above-referenced case remotely, by video (Zoom) or telephone, in connection with my status as a non-priority (general unsecured) creditor listed in the debtor's bankruptcy filing.

I am a limited partner and investor in Fairway America Fund VII, LP, and I have been identified as a creditor in this proceeding. I do not reside in the Portland area and am requesting remote access so that I may observe and, where appropriate, participate in the proceedings without the burden of in-person travel.

Could you please advise:

1. Whether remote appearance (via Zoom or telephone) is available for the hearing currently scheduled in this case, and if so, the applicable date and time;

2. The connection information (Zoom link, meeting ID, and/or dial-in number and access code) needed to appear remotely; and

3. Whether any advance registration, notice of appearance, or other filing is required of a creditor prior to the hearing in order to attend remotely.

Please let me know if any additional information is needed from me to process this request, including confirmation of my creditor status or case-specific identifying information. I am reachable at the phone number and email address above.

Thank you for your assistance.

/s/Ted Varghese

Creditor, Case No. 26-32378-THP11